HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| TATYANA LYSYY, married VASILIY LYSYY, married who are each members of a marital community,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY AND DEUTSCHE BANK NATIONAL TRUST COMPANY trustee, a foreign corporation, IMPAC SECURED ASSETS CORP 2005-62, MORTGAGE PASSTHROUGH CERTIFICATS SERIES 2007-1, a foreign corporation; QUALITY LOAN SERVICE OF WASHINGTON; PMC BANCORP, a foreign corporation and national association; BANK OF AMERICA, NA. Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP ("Bank of America") a national association and foreign corporation; MERSCORP Holdings, Inc., a foreign corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation; SELECT PORTFOLIO SERVICING, INC., a foreign corporation; SAFEGUARD PROPERTIES, LLC, a foreign corporation; RESIDENTIAL REAL ESTATE REVIEW, INC, a foreign | No. 2:24-cv-00062-JLR<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE DISMISSAL OF MERS WITH PREJUDICE |

STIPULATION AND [~~PROPOSED~~] ORDER RE DISMISSAL OF MERS WITH PREJUDICE - 1

BN 81160535v1

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

corporation; MORTGAGE STANLEY PRIVATE BANK, NA, a foreign corporation, E*TRADE, a foreign corporation.

Does 1-20

Defendants.

## I.     STIPULATION

Plaintiffs Tatyana and Vasiliy Lysyy and Defendants Defendants, Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-1 (the "Trust"), Select Portfolio Servicing, Inc. ("SPS"), Mortgage Electronic Registration Systems, Inc. ("MERS"), Safeguard Properties Management, LLC ("Safeguard") and Residential RealEstate Review, Inc. ("RRR") (collectively "Defendants") agree and stipulate that MERS may be dismissed with prejudice and without costs to any party. *See* FRCP 41(a)(1)(ii).

DATED this 27th day of February, 2024.

LAKE HILLS LEGAL SERVICES, P.C.

*/s Richard L. Pope, Jr.*
Richard L. Pope, Jr., WSBA #21118

*Attorney for Plaintiffs*


BUCHALTER


*s/ Midori R. Sagara*
Marissa A. Alkhazov, WSBA #34278
Midori Sagara, WSBA #39626

*Attorneys for Defendants Deutsche Bank National Trust Company,*
*as trustee, on behalf of the holders of the Impac Secured Assets Corp.*
*Mortgage Pass-Through Certificates Series 2007-1,*
*Select Portfolio Servicing, Inc., Mortgage Electronic Registration Systems, Inc.,*
*Safeguard Properties Management, LLC, and*
*Residential RealEstate Review, Inc.*

STIPULATION AND [~~PROPOSED~~]
ORDER RE DISMISSAL OF MERS WITH PREJUDICE  - 2

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

BN 81160535v1

1

2 /s Robert W. McDonald
Robert W. McDonald, WSBA #43842

3

4 *Attorney for Quality Loan Service Corporation*

5

## II.   ORDER

6

7     Pursuant to the foregoing Stipulation, the Court Orders:

8     Defendant Mortgage Electronic Registration Systems, Inc. is dismissed from this lawsuit

9 with prejudice and without costs to any party.

10     DATED this __29th__ day of __February__, 2024.

11

12                                                      _____
                                                        HONORABLE JAMES L. ROBART
13 Presented by:

14 LAKE HILLS LEGAL SERVICES, P.C.

15 /s Richard L. Pope, Jr.
16 Richard L. Pope, Jr., WSBA #21118

17 *Attorney for Plaintiffs*

18

19
   BUCHALTER
20

21 s/ Midori R. Sagara
   Marissa A. Alkhazov, WSBA #34278
22 Midori Sagara, WSBA #39626

23
   *Attorneys for Defendants Deutsche Bank National Trust Company,*
24 *as trustee, on behalf of the holders of the Impac Secured Assets Corp.*
   *Mortgage Pass-Through Certificates Series 2007-1,*
25 *Select Portfolio Servicing, Inc., Mortgage Electronic Registration Systems, Inc.,*
   *Safeguard Properties Management, LLC, and*
26 *Residential RealEstate Review, Inc.*

STIPULATION AND [PROPOSED]
ORDER RE DISMISSAL OF MERS WITH PREJUDICE  - 3

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA  98101-1337
TELEPHONE: 206.319.7052

BN 81160535v1

1
2   */s Robert W. McDonald*
    Robert W. McDonald, WSBA #43842
3
    *Attorney for Quality Loan Service Corporation*
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION AND [~~PROPOSED~~]
ORDER RE DISMISSAL OF MERS WITH PREJUDICE  - 4

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA  98101-1337
TELEPHONE: 206.319.7052

BN 81160535v1