1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
                                        AT SEATTLE

9

10      TATYANA LYSYY, et al.,                        CASE NO. C24-0062JLR

11                        Plaintiffs,                 ORDER

                  v.
12

13      DEUTSCHE BANK NATIONAL
        TRUST COMPANY, et al.,

14
                          Defendants.

15

         Before the court is Defendants' motion for leave to file an overlength reply brief in
16
   support of their motion for summary judgment.  (Mot. (Dkt. # 46); *see* MSJ (Dkt. # 14).[1])
17
   Defendants assert that Plaintiffs have raised arguments and requests for relief in their
18
   opposition to Defendants' motion for summary judgment that they originally raised in
19
   their now-withdrawn motion for partial summary judgment.  (Mot. at 2-3 (citing MSJ
20

21
         [1] The court has not considered Plaintiffs' opposition to Defendants' motion.  (*See* Resp.
   (Dkt. # 47)); *see* Local Rules W.D. Wash. LCR 7(f)(3) ("No opposition to the motion shall be
22 filed unless requested by the court.").

ORDER - 1

1   Resp. (Dkt. # 45)); *see also* PMSJ (Dkt. # 2-1); PMSJ Withdrawal (Dkt. # 39).)

2   Defendants complain that, as a result, they "cannot fully and adequately address"

3   Plaintiffs' arguments and requests within the 4,200-word limit provided by Local Civil

4   Rule 7(e)(3).  (*See* Mot. at 2-3); *see* Local Rules W.D. Wash. LCR 7(e)(3).  Therefore,

5   Defendants ask the court to consider their 8,331-word opposition to Plaintiffs' withdrawn

6   motion for partial summary judgment as part of their reply in support of their motion for

7   summary judgment.  (Mot. at 2; *see* PMSJ Resp. (Dkt. # 21).)

8           Under this court's Local Civil Rules, "[i]n all cases, the reply brief shall not

9   exceed one-half the total length of the brief filed in opposition."  Local Rules W.D.

10  Wash. LCR 7(f)(4).  Accordingly, the court DENIES Defendants' motion to file an

11  overlength reply brief (Dkt. # 46) and will not consider their previously-filed opposition

12  brief as part of Defendants' reply.  Defendants shall timely file a reply in support of their

13  motion for summary judgment that complies with the word-count limit set in Local Civil

14  Rule 7(e)(3).  The court notes, however, that to the extent Plaintiffs raise requests for

15  affirmative relief in their opposition brief that are not responsive to the arguments in

16  Defendants' motion for summary judgment, such requests are improper and the court will

17  not consider them.  *See* Fed. R. Civ. P. 7(b)(1) ("A request for a court order must be

18  made by motion.").

19          Dated this 6th day of March, 2024.

20          _____

21          JAMES L. ROBART
            United States District Judge

22