UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TATYANA LYSYY, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.,<br><br>        Defendants. | CASE NO. C24-0062JLR<br><br>ORDER |

Before the court is Plaintiffs' motion for reconsideration of the court's April 3, 2024 order denying their motion to remand and granting in part and denying in part Defendants Deutsche Bank National Trust Company, Select Portfolio Servicing, Inc., Safeguard Properties Management, LLC, and Residential RealEstate Review, Inc.'s ("Defendants") motion for summary judgment. (MFR (Dkt. # 60); 4/3/24 Order (Dkt. # 54).) Pursuant to Local Civil Rule 7(h)(3), the court DIRECTS Defendants to respond to Plaintiffs' motion for reconsideration by no later than **April 29, 2024**. *See* Local Rules

ORDER - 1

W.D. Wash. LCR 7(h)(3). Defendants' response may not exceed 3,500 words in length. Plaintiffs may file an optional reply, not to exceed 1,750 words, by no later than **May 3, 2024**. The Clerk is DIRECTED to renote Plaintiffs' motion for reconsideration (Dkt. # 60) for May 3, 2024.

Dated this 18th day of April, 2024.

*[signature]*

JAMES L. ROBART
United States District Judge