Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TATYANA LYSYY, VASILIY LYSYY, et al., | NO. 2:24-cv-00062-JLR |
| Plaintiffs, | MOTION OF PLAINTIFFS' ATTORNEY FOR WITHDRAWAL |
| v. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY and DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee etc., et al., | **Note on Motion Calendar:** |
| Defendants. | **Friday, August 2, 2024** |

Richard L. Pope, Jr., attorney for Plaintiffs Tatyana Lysyy and Vasiliy Lysyy, seeks leave of Court to withdraw as counsel in this matter, pursuant to Local Rule LCR 83.2(b)(1).

Mr. Pope desires to withdraw and believes this outcome is appropriate under the Washington Rules for Professional Conduct, as adopted by this Court. Mr. Pope believes it is more prudent not to further elaborate on his reasons for withdrawal at this very early stage of litigation, unless an objection is made to his withdrawal. If any objection is made, Mr. Pope reserves the right to reply to such objection appropriately.

Plaintiffs Tatyana Lysyy and Vasiliy Lysyy, the person represented by the withdrawing attorney, has a last known mailing address of:

Tatyana Lysyy
4109 68th Avenue E
Fife, Washington 98424

MOTION OF PLAINTIFFS'
ATTORNEY FOR WITHDRAWAL -- 1

| | |
|---|---|
| 1 | Vasiliy Lysyy |
| 2 | 4109 68th Avenue E<br>Fife, Washington 98424 |

A contact phone number for Plaintiffs is 206-293-0957 and a contact e-mail for Plaintiffs is lp2005@live.com.

Service of this motion has been completed prior to filing of this notice with the Court on Tatyana Lysyy and Vasiliy Lysyy by e-mailing to lp2005@live.com and also by mailing to:

Tatyana Lysyy
4109 68th Avenue E
Fife, Washington 98424

Vasiliy Lysyy
4109 68th Avenue E
Fife, Washington 98424

Respectfully submitted this 18th day of July 2024.

/s/ Richard L. Pope, Jr.
RICHARD L. POPE, JR.
WSBA # 21118
Withdrawing Attorney for Plaintiffs

Lake Hills Legal Services P.C.
15600 N.E. 8th Street, Suite B1-358
Bellevue, Washington 98008
Tel: (425) 829-5305
Fax: (425) 526-5714
E-Mail: rp98007@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I caused the above document to be delivered through electronic court filing (ECF) to:

**Midori R Sagara**   msagara@buchalter.com, kreger@buchalter.com, midori.sagara@gmail.com

**Richard Lamar Pope , Jr**   rp98007@gmail.com

**Robert William McDonald**   rmcdonald@qualityloan.com, cvnotice@mccarthyholthus.com, rockymcdonald@gmail.com

DATED: July 18, 2024.

/s/ Richard L. Pope, Jr.
RICHARD L. POPE, JR.

MOTION OF PLAINTIFFS'
ATTORNEY FOR WITHDRAWAL -- 2