UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TATYANA LYSYY, et al., | CASE NO. C24-0062JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is a motion for leave to withdraw filed on July 18, 2024, by Richard Pope, counsel for Plaintiffs Tatyana Lysyy and Vasiliy Lysyy ("Plaintiffs"). (Mot. (Dkt. # 70).) Mr. Pope noted the motion for August 2, 2024. (*See id.* at 1.) Under the current version of this District's Local Civil Rules, however, the motion should have been noted as a 21-day motion. *See* Local Rules W.D. Wash. LCR 83.2(b)(1) (rev'd Apr.

MINUTE ORDER - 1

26, 2024) (stating that motions for leave to withdraw shall be noted in accordance with Local Civil Rule 7(d)(3)); *id.* LCR 7(d)(3) (setting forth the briefing schedule for 21-day motions). Accordingly, the court DIRECTS the Clerk to re-note Mr. Pope's motion for leave to withdraw (Dkt. # 70) for **Thursday, August 8, 2024**. Responses to the motion, if any, shall be filed by no later than **Friday, August 2, 2024**. Mr. Pope is DIRECTED to (1) review the current version of the Local Civil Rules, which is available on the District's website at https://www.wawd.uscourts.gov/local-rules-and-orders, and (2) provide a copy of this order to his clients.

Filed and entered this 30th day of July, 2024.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2