UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TATYANA LYSYY, et al., | CASE NO. C24-0062JLR |
| Plaintiffs, | ORDER |
| v. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, et al., | |
| Defendants. | |

Before the court is attorney Richard L. Pope, Jr.'s motion to withdraw as counsel for Plaintiffs Tatyana Lysyy and Vasiliy Lysyy (together, "Plaintiffs"). (Mot. (Dkt. # 70).) Because no party filed an opposition to the motion before the August 2, 2024 response deadline, the court exercises its discretion pursuant to Federal Rule of Civil Procedure 1 to decide the motion before the noting date. *See* Fed. R. Civ. P. 1 (stating that the Federal Rules of Civil Procedure should be construed "to secure the just, speedy, and inexpensive determination of every action and proceeding"); (*see generally* Dkt.; *see*

ORDER - 1

1 | *also* 7/30/24 Min. Order (Dkt. # 71) (setting the noting date and response deadline in
2 | accordance with Local Rules W.D. Wash. LCR 7(d)(3)).) The court has considered the
3 | motion, the relevant portions of the record, and the governing law. Being fully advised,
4 | the court GRANTS Mr. Pope's motion to withdraw.
5 | Local Civil Rule 83.2(b)(1) provides that an "attorney will ordinarily be permitted
6 | to withdraw until sixty days before the discovery cut off date in a civil case." Local
7 | Rules W.D. Wash. LCR 83.2(b)(1). Here, Mr. Pope states that he believes that his
8 | withdrawal is appropriate under the Washington Rules of Professional Conduct. (Mot. at
9 | 1.) The discovery deadline in this case does not expire until February 10, 2025—186
10 | days after the noting date for Mr. Pope's motion—and Mr. Pope has satisfied Local Civil
11 | Rule 83.2(b)(1)'s procedural requirements by including Plaintiffs' address and telephone
12 | number in the motion and certifying that the motion was served on Plaintiffs and all
13 | opposing parties. (*See generally* Mot.; *see* Sched. Order (Dkt. # 69) at 1); *see* Local
14 | Rules W.D. Wash. LCR 83.2(b)(1). Therefore, the court GRANTS Mr. Pope's motion to
15 | withdraw (Dkt. # 70).
16 | The court advises Plaintiffs that they are now proceeding *pro se* and that they must
17 | comply with the Local Civil Rules and the Federal Rules of Civil Procedure in litigating
18 | this matter. *See Muñoz v. United States*, 28 F.4th 973, 978 (9th Cir. 2022) (noting that
19 | *pro se* litigants must adhere to the same procedural requirements as other litigants). The
20 | court DIRECTS Plaintiffs to review (1) this District's resources for *pro se* litigants,
21 | //
22 | //

ORDER - 2

1 | available at https://www.wawd.uscourts.gov/representing-yourself-pro-se, and (2) the

2 | Local Civil Rules, available at https://www.wawd.uscourts.gov/local-rules-and-orders.

3 |     Dated this 6th day of August, 2024.

```
                                            [signature]
                                            JAMES L. ROBART
                                            United States District Judge
```