1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| TATYANA LYSYY, et al., | CASE NO. C24-0062JLR |
|---|---|
| Plaintiffs, | MINUTE ORDER |
| v. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Defendants' motion to compel *pro se* Plaintiffs Tatyana Lysyy and Vasiliy Lysyy ("Plaintiffs") to appear for their depositions and for sanctions. (Mot. (Dkt. # 73).) Defendants filed the declaration of their attorney Midori Sagara with their reply in support of the motion. (Sagara Decl. (Dkt. # 80); *see* Reply (Dkt. # 79).) Although Ms. Sagara's declaration refers to two exhibits, neither is attached to the

MINUTE ORDER - 1

declaration.  (*See* Sagara Decl. ¶¶ 5, 7.)  Accordingly, the court ORDERS Defendants to file a praecipe to Ms. Sagara's declaration attaching the two exhibits, and to serve the exhibits on Plaintiffs if Defendants have not done so already, by no later than 5:00 p.m. on **Monday, September 23, 2024**.

Filed and entered this 19th day of September, 2024.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2