# EXHIBIT E

DebtEd, Dom, FeeDueINST, CLOSED

# U.S. Bankruptcy Court
## Western District of Washington (Seattle)
### Bankruptcy Petition #: 19-13736-TWD

*Assigned to:* Timothy W. Dore
Chapter 13
Voluntary
Asset

*Date filed:* 10/11/2019
*Date terminated:* 02/18/2020
*Debtor dismissed:* 01/03/2020
*341 meeting:* 01/06/2020 11:00 AM

*Debtor disposition:* Dismissed for failure to make plan payments

**Debtor**
**Tatyana Lysyy**
4109 68th Ave E
Fife, WA 98424
KING-WA
SSN / ITIN: xxx-xx-4568

represented by **Adria Vondra**
Encompass Law Group
10675 Willows Road, Ste 250
Redmond, WA 98052
425-270-7291
Fax : 425-999-4875
Email: avondra@prklaw.com

**Trustee**
**Jason Wilson-Aguilar**
600 University St #1300
Seattle, WA 98101
206-624-5124

represented by **Jason Wilson-Aguilar**
600 University St #1300
Seattle, WA 98101
206-624-5124
Email: courtmail@seattlech13.com

**US Trustee**
**United States Trustee**
700 Stewart St Ste 5103
Seattle, WA 98101
(206) 553-2000

| Filing Date | # | Docket Text |
|---|---|---|
| 10/11/2019 | 1 (9 pgs) | Chapter 13 Voluntary Petition, Individual, . Statement of Financial Affairs due 10/28/2019. Schedules A-J due 10/28/2019. Summary of schedules due 10/28/2019. Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period, Form 122C-1 Due 10/28/2019 Chapter 13 Plan due 10/28/2019. Incomplete Filings due by 10/28/2019. Filed by Tatyana Lysyy (KLL) Additional attachment(s) added on 10/11/2019 (KLL). (Entered: 10/11/2019) |
| 10/11/2019 | 2 | Notice of 341(a) Meeting of Creditors with Trustee Wilson-Aguilar, Jason to be held on 11/25/2019 at 09:45 AM at US Courthouse, US Courthouse, Room 4107, 700 Stewart St, Seattle, WA 98101. Confirmation hearing to be held on 12/18/2019 at 09:30 AM at TWD Courtroom, U.S. Courthouse, Room 8106, 700 Stewart Street, Seattle, WA 98101. (Lohr, Kari) (Entered: 10/11/2019) |
| 10/11/2019 | 3 (1 pg) | Application to Pay Filing Fees in Installments . Filed by Tatyana Lysyy (KLL) (Entered: 10/11/2019) |
| 10/11/2019 | 4 (1 pg) | ORDER Granting Payment of Filing Fee in Installments: Entry of an order of discharge will be held in abeyance until filing fees are paid in full. Mark L. Hatcher, Clerk. Text only order, Notice of Order Approving Filing Fee Installment Payments . Final Installment Payment due by 2/10/2020. (KLL) (Entered: 10/11/2019) |
| 10/11/2019 | 5 | Social Security Number(s) of Debtor(s) Submitted. PDF only viewable by court. Filed by Tatyana Lysyy . (KLL) (Entered: 10/11/2019) |
| 10/11/2019 | 6 (2 pgs) | 341 Meeting of Creditors Notice Sent to BNC for Mailing . (KLL) (Entered: 10/11/2019) |
| 10/11/2019 | 7 (1 pg) | Notice of Deficient Filing . (KLL) (Entered: 10/11/2019) |

| Date | Doc # | Description |
|---|---|---|
| 10/11/2019 | | **Receipt of Chapter 13 Installment Filing Fee - $100.00 by KL. Receipt Number 468755.** (admin) (Entered: 10/12/2019) |
| 10/13/2019 | 8 (3 pgs) | BNC Certificate of Mailing - Meeting of Creditors (Related document(s)6 341 Meeting of Creditors Sent to BNC for Mailing). Notice Date 10/13/2019. (Admin.) (Entered: 10/13/2019) |
| 10/13/2019 | 9 (2 pgs) | BNC Certificate of Notice (Related document(s)7 Notice of Deficient Filing). Notice Date 10/13/2019. (Admin.) (Entered: 10/13/2019) |
| 10/13/2019 | 10 (2 pgs) | BNC Certificate of Notice (Related document(s)4 Order Approving Payment of Filing Fee in Installments). Notice Date 10/13/2019. (Admin.) (Entered: 10/13/2019) |
| 10/14/2019 | 11 (5 pgs) | Debtor(s) Requirements to Send Documents to the Trustee. Sent to BNC for Mailing. (admin) (Entered: 10/14/2019) |
| 10/17/2019 | 12 (6 pgs) | BNC Certificate of Notice (Related document(s)11 Notice of Required Documents). Notice Date 10/17/2019. (Admin.) (Entered: 10/17/2019) |
| 10/24/2019 | 13 (1 pg) | Notice of Appearance Filed by Adria Vondra on behalf of Tatyana Lysyy. (Vondra, Adria) (Entered: 10/24/2019) |
| 10/24/2019 | 14 (4 pgs; 2 docs) | Ex Parte Motion to Extend Time .. Filed by Adria Vondra on behalf of Tatyana Lysyy (Attachments: # 1 Proposed Order) (Vondra, Adria) (Entered: 10/24/2019) |
| 10/24/2019 | 15 (1 pg) | Declaration (Related document(s)14 Motion to Extend Time)... Filed by Adria Vondra of Encompass Law Group on behalf of Tatyana Lysyy. (Vondra, Adria) (Entered: 10/24/2019) |
| 10/24/2019 | 16 (2 pgs) | Received UNSIGNED Order Forwarded to Chambers for Judge's Signature. Filed by Vondra, Adria. Related document 14 (Entered: 10/24/2019) |
| 10/25/2019 | 17 (2 pgs) | Ex Parte ORDER Granting Extension of Time to File Balance of Schedules (Related document(s)14 Motion to Extend Time). Schedules A-J due 11/8/2019. Statement of Financial Affairs due 11/8/2019. Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period, Form 122C-1 Due 11/8/2019 Chapter 13 Plan due 11/8/2019. Summary of Your Assets and Liabilities and Certain Statistical Information - Individual Due 11/8/2019 (MEH) (Entered: 10/25/2019) |
| 10/25/2019 | 18 (1 pg) | Certificate of Credit Counseling for Debtor . Filed by Adria Vondra on behalf of Tatyana Lysyy. (Vondra, Adria) (Entered: 10/25/2019) |
| 11/04/2019 | 19 (1 pg) | Request for Courtesy Notice of Electronic Filing . Filed by Lance E Olsen on behalf of Courtesy NEF. (Olsen, Lance) (Entered: 11/04/2019) |
| 11/12/2019 | 20 (33 pgs) | Balance of Schedules . Filed by Adria Vondra on behalf of Tatyana Lysyy. (Related document(s)17 Order for Extension of Time to File Schedules Statement and or Plan). (Vondra, Adria) (Entered: 11/12/2019) |
| 11/12/2019 | 21 (6 pgs) | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 3 Years Form 122C-1. Disposable Income Is Not Determined . Filed by Adria Vondra on behalf of Tatyana Lysyy. (Related document(s)17 Order for Extension of Time to File Schedules Statement and or Plan). (Vondra, Adria) (Entered: 11/12/2019) |
| 11/12/2019 | 22 (5 pgs) | Chapter 13 Plan. Filed by Adria Vondra on behalf of Tatyana Lysyy. (Vondra, Adria) (Entered: 11/12/2019) |
| 11/12/2019 | | Creditor matrix uploaded/added 4 creditor(s). (admin) (Entered: 11/12/2019) |
| 11/13/2019 | | Fee Due Amended Matrix $ 31, 4 creditors uploaded on 11/12/19 (Related document(s)20 Balance of Schedules). (MEH) (Entered: 11/13/2019) |
| 11/14/2019 | 23 (3 pgs) | Proof of Service . Filed by Adria Vondra on behalf of Tatyana Lysyy. (Vondra, Adria). Related document(s) 6 341 Meeting of Creditors Sent to BNC for Mailing, 22 Chapter 13 Plan filed by Debtor Tatyana Lysyy. Modified on 11/14/2019 to create link (MEH). (Entered: 11/14/2019) |
| 11/14/2019 | | **Receipt of filing fee for Amended Matrix( 19-13736-TWD) ( 31.00). Receipt number A26078936. Fee amount $ 31.00.** (U.S. Treasury) (Entered: 11/14/2019) |
| 11/15/2019 | 24 (5 pgs) | Notice of Mortgage Payment Change (No Proof of Claim Filed) with Certificate of Service Filed by Lance E Olsen on behalf of Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the |

| Date | Doc # | Description |
|---|---|---|
| | | Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-1.(Olsen, Lance) (Entered: 11/15/2019) |
| 11/21/2019 | 25 (4 pgs) | Objection to Confirmation of Chapter 13 Plan. (Related document(s)22 Chapter 13 Plan). Proof of Service. Filed by Lance E Olsen of McCarthy & Holthus, LLP on behalf of Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-1. (Olsen, Lance). Related document(s) 2 Meeting of Creditors Chapter 13 AutoAssign. Modified on 11/21/2019 to create link (MEH). (Entered: 11/21/2019) |
| 11/26/2019 | | Statement Adjourning 341(a) Meeting of Creditors. Section 341(a) Meeting Continued . With 341(a) meeting to be held on 12/16/2019 at 09:45 AM at US Courthouse, Room 4107 (341 Meetings). (Wilson-Aguilar, Jason) (Entered: 11/26/2019) |
| 12/02/2019 | 26 (3 pgs) | Objection to Confirmation of Chapter 13 Plan. (Related document(s) 2 Meeting of Creditors Chapter 13 AutoAssign, 22 Chapter 13 Plan). Proof of Service. Filed by Jason C Tatman on behalf of Specialized Loan Servicing, LLC, as servicer for E*Trade Bank. (Tatman, Jason). Modified on 12/4/2019 to link to hearing (LWC). (Entered: 12/02/2019) |
| 12/11/2019 | 27 (4 pgs) | Chapter 13 Trustee's Motion to Dismiss (Unconfirmed Case), Notice of Hearing and Certificate of Mailing. Hearing to Dismiss Chapter 13 Case Scheduled for 1/15/2020 at 9:30 AM at Judge Dore's Courtroom, U.S. Courthouse, Room 8106. Response due by 1/8/2020. (Wilson-Aguilar, Jason) (Entered: 12/11/2019) |
| 12/11/2019 | 28 (2 pgs) | Objection to Confirmation of Chapter 13 Plan. (Related document(s) 2 Meeting of Creditors Chapter 13 AutoAssign, 22 Chapter 13 Plan). Filed by Jason Wilson-Aguilar on behalf of Jason Wilson-Aguilar. (Wilson-Aguilar, Jason) (Entered: 12/11/2019) |
| 12/12/2019 | | Notice to Court of Intent to Argue. Date of Hearing: 12/18/2019. Filed by Jason Wilson-Aguilar on behalf of Jason Wilson-Aguilar. (Related document(s) 2 Meeting of Creditors Chapter 13 AutoAssign, 8 BNC Certificate of Mailing - Meeting of Creditors, 22 Chapter 13 Plan, 28 Objection to Ch 13 Plan). (Wilson-Aguilar, Jason) (Entered: 12/12/2019) |
| 12/13/2019 | 29 (3 pgs) | Proof of Service . Filed by Jason Wilson-Aguilar on behalf of Jason Wilson-Aguilar. (Related document(s)28 Objection to Ch 13 Plan). (Wilson-Aguilar, Jason) (Entered: 12/13/2019) |
| 12/13/2019 | 30 (5 pgs) | Proof of Service . Filed by Jason Wilson-Aguilar on behalf of Jason Wilson-Aguilar. (Related document(s)27 Ch 13 Trustee Motion to Dismiss Case). (Wilson-Aguilar, Jason) (Entered: 12/13/2019) |
| 12/16/2019 | 31 (2 pgs) | Received UNSIGNED Order Forwarded to Chambers for Judge's Signature. Filed by Wilson-Aguilar, Jason. Related document 28 (Entered: 12/16/2019) |
| 12/17/2019 | | Minutes. Confirmation Hearing Date: 12/18/2019. (related document(s): 22 Chapter 13 Plan Filed by Adria Vondra on behalf of Tatyana Lysyy.) Order (agreed) Denying Confirmation submitted. Hearing will not be held. (SDU) Modified on 12/17/2019 (SDU). (Entered: 12/17/2019) |
| 12/17/2019 | | Statement Adjourning 341(a) Meeting of Creditors. Section 341(a) Meeting Continued . With 341(a) meeting to be held on 1/6/2020 at 11:00 AM at US Courthouse, Room 4107 (341 Meetings). (Wilson-Aguilar, Jason) (Entered: 12/17/2019) |
| 12/17/2019 | 32 (2 pgs) | ORDER Denying Confirmation (Related document(s)20 Balance of Schedules, 22 Chapter 13 Plan, 25 Objection to Ch 13 Plan, 27 Ch 13 Trustee Motion to Dismiss Case, 28 Objection to Ch 13 Plan). (VAB) (Entered: 12/17/2019) |
| 12/18/2019 | | Chapter 13 Confirmation Hearing Continued.. Continued Confirmation hearing scheduled for 2/5/2020 at 09:30 AM at Judge Dore's Courtroom, U.S. Courthouse, Room 8106. (Wilson-Aguilar, Jason) (Entered: 12/18/2019) |
| 12/20/2019 | | Creditor matrix uploaded/added 1 creditor(s). (admin) (Entered: 12/20/2019) |
| 01/02/2020 | 33 (1 pg) | Trustee's Declaration *in Support of Ex Parte Dismissal* (Related document(s)32 Order GENERIC)... Filed by Jason Wilson-Aguilar on behalf of Jason Wilson-Aguilar. (Wilson-Aguilar, Jason) (Entered: 01/02/2020) |
| 01/02/2020 | 34 (1 pg) | Received UNSIGNED Order Forwarded to Chambers for Judge's Signature. Filed by Wilson-Aguilar, Jason. Related document 33 (Entered: 01/02/2020) |
| 01/03/2020 | 35 (1 pg) | Ex Parte ORDER Dismissing Case (Related document(s)32 Order GENERIC, 33 Declaration). (MEH) (Entered: 01/03/2020) |

| Date | Doc # | Description |
|---|---|---|
| 01/03/2020 | 36 (1 pg) | Notice of Dismissal. Sent to the BNC for mailing to all creditors . (MEH) (Entered: 01/03/2020) |
| 01/05/2020 | 37 (2 pgs) | BNC Certificate of Notice (Related document(s)36 Notice of Dismissal). Notice Date 01/05/2020. (Admin.) (Entered: 01/05/2020) |
| 01/15/2020 | | Minutes. Hearing Date: 01/15/2020. (related document(s): 27 Notice of Trustee's Motion to Dismiss Case and Hearing.) Ex Parte Order Dismissing Case entered. Hearing not held. (SDU) (Entered: 01/21/2020) |
| 02/05/2020 | | Chapter 13 Confirmation Hearing, Plan to be Dismissed. (Wilson-Aguilar, Jason) (Entered: 02/05/2020) |
| 02/14/2020 | 38 (3 pgs) | Chapter 13 Trustee's Final Report and Account (Wilson-Aguilar, Jason) (Entered: 02/14/2020) |
| 02/18/2020 | | CLOSED. This matter has come before the Court in conjunction with the Chapter 13 Trustee filing his Final Report and Accounting, a copy of which was provided to debtor and debtor's attorney. For purposes of this order, debtor refers to the above-named individual petitioner or joint petitioners. The Court finds that the debtor's case was dismissed pursuant to the Court's Order. Now, therefore, it is hereby ORDERED that the Final Account of the Trustee be and the same is hereby approved; and it is further ORDERED that the standing trustee be and hereby is discharged as Trustee; and it is further ORDERED that this case be and hereby is closed . (MEH) (Entered: 02/18/2020) |

### PACER Service Center

**Transaction Receipt**

08/23/2022 11:46:30

| | | | |
|---|---|---|---|
| PACER Login: | malkhazov8897 | Client Code: | S5248-0001 |
| Description: | Docket Report | Search Criteria: | 19-13736-TWD Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| Billable Pages: | 4 | Cost: | 0.40 |