UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TATYANA LYSYY, et al., | CASE NO. C24-0062JLR |
| Plaintiffs, | ORDER |
| v. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, et al., | |
| Defendants. | |

Before the court is *pro se* Plaintiffs Tatyana Lysyy and Vasiliy Lysyy's

("Plaintiffs") October 31, 2024 motion for relief from the $4,500.00 sanction the court

imposed as a consequence of their failure to appear for a scheduled deposition. (Mot.

(Dkt. # 84); *see* 9/25/24 Order (Dkt. # 83).) Defendants Deutsche Bank National Trust

Company, as Trustee, on behalf of the holders of the Impac Secured Assets Corp.

Mortgage Pass-Through Certificates Series 2007-1; Select Portfolio Servicing, Inc.;

Safeguard Properties, LLC; and Residential RealEstate, Inc. (together, "Defendants")

oppose the motion.  (Resp. (Dkt. # 85).)  The court has considered the parties'

submissions, the relevant portions of the record, and the governing law.  Being fully

advised, the court GRANTS in part Plaintiffs' motion.

On September 25, 2024, the court ordered Plaintiffs to pay Defendants $4,500.00

in attorneys' fees and costs Defendants incurred as a sanction for Plaintiffs' failure to

appear at their July 2024 depositions.  (9/25/24 Order at 6-7.)  The court set October 31,

2024, as the deadline for Plaintiffs to make that payment.  (*Id.* at 7.)  Rather than pay the

sanction on October 31, Plaintiffs filed this motion for relief, in which they assert that

they are unable to pay the sanction because they are experiencing financial hardship.

(Mot. at 1-2.)  Plaintiffs did not, however, provide sworn affidavits corroborating this

assertion.  (*See id.*)

The court concluded that it could not resolve Plaintiffs' motion without additional

information about their financial circumstances.  (11/22/24 Order (Dkt. # 87).)

Accordingly, on November 22, 2024, it ordered Plaintiffs to complete and file, by no later

than December 9, 2024, the sworn declaration regarding finances included in this

District's form application to proceed *in forma pauperis*.  (*Id.* at 3.)  Plaintiffs timely filed

the declaration.  (Decl. (Dkt. # 91).)

Having reviewed Plaintiffs' declaration, the court GRANTS in part Plaintiffs'

motion for relief (Dkt. # 84).  The court declines to reduce the amount of the sanction or

to reconsider its sanction order.  It will, however, include the sanction in the final

judgment rather than set an earlier deadline for payment.  If Plaintiffs are ultimately

awarded damages in this case, the court will offset the damages award by the $4,500.00

sanction amount.  (*See id.* at 2 (so proposing).)

Dated this 11th day of December, 2024.

_____

JAMES L. ROBART
United States District Judge