HONORABLE JAMES L. ROBART
HEARING: DECEMBER 24, 2024

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

TATYANA LYSYY, married, VASILIY
LYSYY, married who are each members of a
marital community,

        Plaintiffs,

    v.

DEUTSCHE BANK NATIONAL TRUST
COMPANY AND DEUTSCHE BANK
NATIONAL TRUST COMPANY trustee,
a foreign corporation, IMPAC SECURED
ASSETS CORP 2005-62, MORTGAGE
PASSTHROUGH CERTIFICATS
SERIES 2007-1, a foreign corporation;
QUALITY LOAN SERVICE OF
WASHINGTON; PMC BANCORP, a
foreign corporation and national
association; BANK OF AMERICA, NA.
Successor by Merger to BAC Home
Loans Servicing, LP fka Countrywide
Home Loans Servicing LP ("Bank of
America") a national association and
foreign corporation;
MERSCORP Holdings, Inc., a foreign
corporation; MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., a
foreign corporation; SELECT
PORTFOLIO SERVICING, INC., a
foreign corporation; SAFEGUARD
PROPERTIES, LLC, a foreign

No. 2:24-cv-00062-JLR

DECLARATION OF MIDORI R. SAGARA
IN SUPPORT OF DEFENDANTS' REPLY
IN SUPPORT OF THEIR SECOND MOTION
FOR SUMMARY JUDGMENT

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

corporation; RESIDENTIAL REAL
ESTATE REVIEW, INC, a foreign
corporation; MORTGAGE STANLEY
PRIVATE BANK, NA, a foreign corporation,
E*TRADE, a foreign corporation.

Does 1-20,

        Defendants.

I, Midori R. Sagara, declare as follows:

1.      I am an attorney for Defendants, Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-1 (the "Trust"), Select Portfolio Servicing, Inc. ("SPS"), Safeguard Properties, LLC ("Safeguard") and Residential RealEstate, Inc. ("RRR") (collectively "Defendants" or the "moving Defendants"), in the above-captioned matter.

2.      I am over the age of majority and competent to testify. I make this declaration based on my knowledge, on information where indicated, and on the files and records maintained by Buchalter in the ordinary course of business.

3.      Attached as **Exhibit A** is a true and correct copy of a draft declaration of Jeff Stenman, Quality Loan Service Corporation, and relevant exhibits 10 and 11, which my office received in Plaintiffs' production of documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

SIGNED this 24th day of December, 2024, at Gresham, Oregon.

*/s Midori R. Sagara*
Midori R. Sagara, WSBA #39626

DECLARATION OF MIDORI R. SAGARA IN SUPPORT OF
DEFENDANTS' REPLY IN SUPPORT OF THEIR SECOND MOTION FOR
SUMMARY JUDGMENT - 2

BUCHALTER
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Telephone: 206.319.7052

**CERTIFICATE OF SERVICE**

I hereby certify that on December 24, 2024, I caused to be served a copy of the foregoing on the following persons in the manner indicated below at the following address:

***Counsel for Plaintiffs***
Richard L. Pope, Jr.
Lake Hills Legal Services PC
15600 NE 8th Street, Suite B1-358
Bellevue, Washington 98008

☒ CM/ECF
☐ First Class Mail
☐ Federal Express
☐ Legal Messenger
☒ E-mail

***Counsel for Quality Loan Service Corporation***
Robert William McDonald
108 1st Ave S, Suite 202
Seattle, WA 98104

☒ CM/ECF
☐ Hand Delivery
☐ Legal Messenger
☒ E-mail

By: *s/ Cynthia Daniel*
Cynthia Daniel, Legal Assistant
cdaniel@buchalter.com

DECLARATION OF MIDORI R. SAGARA IN SUPPORT OF
DEFENDANTS' REPLY IN SUPPORT OF THEIR SECOND MOTION FOR
SUMMARY JUDGMENT - 3

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

**EXHIBIT A**

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR KING COUNTY

| | |
|---|---|
| TATYANA LYSYY, married, VASILIY LYSYY, married who are each members of a marital community,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY AND DEUTSCHE BANK NATIONAL TRUST COMPANY trustee, a foreign corporation, IMPAC SECURED ASSETS CORP 2005-62, MORTGAGE PASSTHROUGH CERTIFICATES SERIES 2007-1, a foreign corporation; QUALITY LOAN SERVICE OF WASHINGTON; PMC BANCORP, a foreign corporation and national association; BANK OF AMERICA, NA. Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP ("Bank of America") a national association and foreign corporation; MERSCORP Holdings, Inc., a foreign corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation; SELECT PORTFOLIO SERVICING, INC., a foreign corporation; SAFEGUARD PROPERTIES, LLC, a foreign corporation; E*TRADE, a foreign corporation. Does 1-20<br><br>Defendants. | Case No.: 22-2-11294-8 KNT<br><br>**DECLARATION OF JEFF STENMAN IN SUPPORT OF QUALITY LOAN SERVICE CORP. MOTION FOR SUMMARY JUDGMENT** |

I, Jeff Stenman, hereby declare as follows:

1. I am over the age of eighteen and competent to make this declaration.

2. I am the President of Quality Loan Service Corporation F/K/A Quality Loan Service Corporation of Washington (hereinafter, "Quality"). I am duly authorized to make this declaration on behalf of Quality. I have the personal knowledge required to execute this declaration, and can confirm the accuracy of the information set forth herein. If sworn as a witness, I could competently testify to the facts contained herein.

3. In the regular and ordinary course of business, Quality collects and maintains business records and documents related to any loan that is referred to them by a lender/servicer for the purpose of advancing a non-judicial foreclosure. Quality employees, including myself, have continuing access to those records and I have personally reviewed them in preparation of this declaration. The exhibits to this declaration are taken from business records that include physical and electronic records of foreclosure activity, events and transactions. As part of my job responsibilities I have personal knowledge of Quality's procedures for creating and maintaining foreclosure records.

4. On June 15, 2015 Quality received a referral for a non-judicial foreclosure of the Lysyy Deed of Trust from Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-1 hereafter "Deutsche Bank". After receipt of the non–judicial foreclosure referral, Quality subsequently received a copy of the Lysyy Promissory Note and associated subject Deed of Trust. A true and correct copy of the associated Deed of Trust by the $249,500.00 Lysyy Promissory Note is attached hereto as **Exhibit 1**. A true and correct copy of the Lysyy Promissory Note underlined in blank is attached hereto as **Exhibit 2**.

5. A true and correct copy of the Notice of Assignment of Deed of Trust indicting the beneficial interest in the subject Lysyy Deed of Trust was assigned from

DECLARATION OF JEFF STENMAN IN
SUPPORT OF THE TRUSTEE'S CR 56 MOTION
Page - 2
WA-22-943013-CV

Quality Loan Service Corporation
108 1st Avenue South, Suite 450
Seattle, WA 98104
PH: (206) 596-4862
FAX: (206) 257-3163

PMC BANCORP to Deutsche Bank was recorded September 19, 2011 in King County under Auditor's File No. 20110919000413 is attached hereto as **Exhibit 3**.

6. On July 20, 2015 Deutsch Bank appointed Quality as Successor Trustee pursuant to an Appointment of Successor Trustee recorded July 31, 2025 in King County under Auditor's File No. 20150731002284 (the "Appointment"). A true and correct copy of the Appointment is attached hereto as **Exhibit 4**.

7. On February 21, 2017 Deutsch Bank through their agent SPS executed a Declaration of Ownership. Quality received and uploaded the Ownership Declaration from SPS on April 4, 2017. A true and correct copy of the Ownership Declaration is attached hereto as **Exhibit 5**.

8. On May 19, 2017 Quality caused a Notice of Default to be prepared and mailed May 22. 2017. A true and correct copy of the Notice of Default is attached hereto as **Exhibit 6**.

9. The Plaintiffs participated in Foreclosure Fairness Act "FFA" Mediation twice with their loan servicer and beneficiary. Quality did not participate in either FFA mediation as in Washington the Deed of Trust Trustee does not participate in FFA mediation. A true and correct copy of the Foreclosure Fairness Act Mediation Certificates are attached hereto as **Exhibit 7A** and **Exhibit 7B**.

10. On August 12, 2022 Quality executed and served on the Plaintiffs a copy of Quality's Notice of Appearance "NOA" and NOTICE OF CR 11 SANCTIONS TO BE SOUGHT. A true and correct copy of the NOA and NOTICE OF CR 11 SANCTIONS TO BE SOUGHT is attached hereto as **Exhibit 8**.

11. On June 8, 2023 Quality issued a 12th and the operative Notice of Trustee's Sale as to the Plaintiffs Deed of Trust and caused it to be recorded June 9, 2023 in King County under Auditor's File No. 20230609000151. A copy of the original Sale Notice setting a Trustee's Sale for October 20, 2023 is attached hereto as

DECLARATION OF JEFF STENMAN IN
SUPPORT OF THE TRUSTEE'S CR 56 MOTION
Page - 3
WA-22-943013-CV

Quality Loan Service Corporation
108 1st Avenue South, Suite 450
Seattle, WA 98104
PH: (206) 596-4862
FAX: (206) 257-3163

1    **Exhibit 9**. This Trustee's Sale has been moved and is presently scheduled to be

2    held February 9, 2024.

3    12. On December 20, 2023 the Trustee pulled the King County Auditor's Public

4    Records for the Plaintiffs subject property of 12921 SE 318TH WAY

5    AUBURN, WA 98092. Attached hereto as **Exhibit 10** is a trust and correct

6    original copy of the King County Auditor's Records Search Results showing

7    the Twelve Recorded Notices of Sale. True and correct copies of the twelve (12)

8    prior Notices of Sale issued by Quality contained in the King County Auditor's

9    Records are attached hereto as **Exhibit 10A** through **Exhibit 10L**.

10   13.On December 20, 2023 the Trustee pulled the Plaintiffs Bankruptcy Records

11   form PACER. Attached hereto as **Exhibit 11** is a trust and correct original copy

12   of the PACER Records for the prior bankruptcy filings for the Plaintiffs.

13   14. Thought the dozen non-judicial foreclosures advanced by Quality, the Plaintiffs

14   has repeatedly sought postponements to the Trustee's Sale advanced by pursuit

15   of loss mitigation. Attached to this declaration of four separate loss mitigation

16   communications that were provided to the Trustee to indicate debt

17   acknowledgments by the Plaintiffs. True and correct copies of the borrower

18   communication received by Quality and contained within the records of the

19   Trustee are attached hereto as **Exhibit 12A** through **Exhibit 12D**.

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

Quality Loan Service Corporation
108 1st Avenue South, Suite 450
Seattle, WA 98104
PH: (206) 596-4862
FAX: (206) 257-3163

1  THE ATTACHED DOCUMENTS HAVE BEEN REDACTED TO REMOVE
2  SENSITIVE PERSONAL IDENTIFIERS. I HEREBY DECLARE THAT THE
3  ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND
4  BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN
5  COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

7  Dated: December 21, 2023

9  By:_____
        Jeff Stenman, President
10      Quality Loan Service Corporation

28  DECLARATION OF JEFF STENMAN IN
    SUPPORT OF THE TRUSTEE'S CR 56 MOTION
    Page - 5
    WA-22-943013-CV

Quality Loan Service Corporation
108 1ˢᵗ Avenue South, Suite 450
Seattle, WA 98104
PH: (206) 596-4862
FAX: (206) 257-3163

| Status | Parcel ID | Grantor | Grantee | Record Date | Doc Type | Book Type | Book | Page | Rec. # | DocLinks | Legal | Lot | Block | Subdivision | Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| / | 7137910300 (King County) | QUALITY LOAN SERVICE CORPORATION OF WASHINGTON | LYSYY TATYANA LYSYY VASILIY | 09/25/2015 | NOTICE OF TRUSTEE SALE | NONE | | 0000 | 20150925001904 | 20151009000264, 20151013001348, 20061117002321 | RAINIER RIDGE DIV NO. 02 713791-0300 PARCELID: 7137910300 SUB: RAI | legalfield_ | legalfield_ | legalfield_RAINIER RIDGE DIV NO. 02 | legalfield_ |
| / | 7137910300 (King County) | QUALITY LOAN SERVICE CORP | LYSYY TATYANA LYSYY VASILIY | 11/19/2015 | NOTICE OF TRUSTEE SALE | NONE | | 0000 | 20151119000545 | 20061117002321 | RAINIER RIDGE DIV NO. 02 713791-0300 PARCELID: 7137910300 SUB: RAI | legalfield_ | legalfield_ | legalfield_RAINIER RIDGE DIV NO. 02 | legalfield_ |
| / | 7137910300 (King County) | QUALITY LOAN SERVICE CORPORATION | LYSYY TATYANA LYSYY VASILIY | 02/04/2016 | NOTICE OF TRUSTEE SALE | NONE | | 0000 | 20160204000449 | | RAINIER RIDGE DIV NO. 02 713791-0300 PARCELID: 7137910300 SUB: RAI | legalfield_ | legalfield_ | legalfield_RAINIER RIDGE DIV NO. 02 | legalfield_ |
| / | 7137910300 (King County) | QUALITY LOAN SERVICE CORPORATION OF WA | LYSYY TATYANA LYSYY VASILIY | 06/30/2016 | NOTICE OF TRUSTEE SALE | NONE | | 0000 | 20160630002175 | 20061117002321, 20170125001693 | RAINIER RIDGE DIV NO. 02 713791-0300 PARCELID: 7137910300 SUB: RAI | legalfield_ | legalfield_ | legalfield_RAINIER RIDGE DIV NO. 02 | legalfield_ |
| / | 7137910300 (King County) | QUALITY LOAN SERVICE CORPORATION OF WASHINGTON | LYSYY TATYANA LYSYY VASILIY | 10/17/2017 | NOTICE OF TRUSTEE SALE | NONE | | 0000 | 20171017000198 | 20061117002321 | PID: 7137910300 QTR: SE SEC: 9 TWP: 21 RGE: 5 SUB: RAINIER RIDGE DIV NO. 02 | legalfield_ | legalfield_ | legalfield_RAINIER RIDGE DIV NO. 02 | legalfield_9 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ✔ | 7137910300 (King County) | LYSYY TATYANA LYSYY VASILIY | DEUTSCHE BANK NATIONAL TRUST CO QUALITY LOAN SERVICE CORPORATION OF WA ... | 07/24/2018 | NOTICE OF TRUSTEE SALE | NONE | 0000 | 20180724000928 | 20061117002321 | PID: 7137910300 QTR: SE SEC: 9 TWP: 21 RGE: 5 SUB: RAINIER RIDGE DIV NO. 02 | legalfield_ | legalfield_ | legalfield_RAINIER RIDGE DIV NO. 02 | legalfield_9 |
| ✔ | 7137910300 (King County) | QUALITY LOAN SERVICE CORP. OF WASHINGTON | LYSYY TATYANA LYSYY VASILIY | 05/08/2019 | NOTICE OF TRUSTEE SALE | NONE | 0000 | 20190508001163 | 20061117002321 | PID: 7137910300 QTR: SE SEC: 9 TWP: 21 RGE: 5 SUB: RAINIER RIDGE DIV NO. 02 | legalfield_ | legalfield_ | legalfield_RAINIER RIDGE DIV NO. 02 | legalfield_9 |
| ✔ | 7137910300 (King County) | QUALITY LOAN SERVICE CORPORATION OF WA SELECT PORTFOLIO SERVICING INC ... | LYSYY TATYANA LYSYY VASILIY | 02/21/2020 | NOTICE OF TRUSTEE SALE | NONE | 0000 | 20200221000924 | 20190508001163, 20061117002321 | PID: 7137910300 QTR: SE SEC: 9 TWP: 21 RGE: 5 SUB: RAINIER RIDGE DIV NO. 02 | legalfield_ | legalfield_ | legalfield_RAINIER RIDGE DIV NO. 02 | legalfield_9 |
| ✔ | 7137910300 (King County) | QUALITY LOAN SERVICE CORP OF WASHINGTON | LYSYY TATYANA LYSYY VASILIY | 12/15/2020 | NOTICE OF TRUSTEE SALE | NONE | 0000 | 20201215002363 | 20110919000413 | PID: 7137910300 QTR: SE SEC: 9 TWP: 21 RGE: 5 SUB: RAINIER RIDGE DIV NO. 02 | legalfield_ | legalfield_ | legalfield_RAINIER RIDGE DIV NO. 02 | legalfield_9 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| / | 7137910300 (King County) | LYSYY TATYANA LYSYY VASILIY | DEUTSCHE BANK NATIONAL TRUST COMPANY IMPAC SECURED ASSETS CORP MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2001-1 ... | 09/10/2021 | NOTICE OF TRUSTEE SALE | NONE | 0000 | 20210910001548 | 20061117002321 | PID: 7137910300 QTR: SE SEC: 9 TWP: 21 RGE: 5 SUB: RAINIER RIDGE DIV NO. 02 | legalfield_ | legalfield_ | legalfield_RAINIER RIDGE DIV NO. 02 | legalfield_9 |
| / | 7137910300 (King County) | LYSYY TATYANA | SELECT PORTFOLIO SERVICING INC QUALITY LOAN SERVICE CORPORATION OF WA ... | 01/06/2023 | NOTICE OF TRUSTEE SALE | NONE | 0000 | 20230106000014 | 20061117002321 | PID: 7137910300 QTR: SE SEC: 9 TWP: 21 RGE: 5 SUB: RAINIER RIDGE DIV NO. 02 | legalfield_ | legalfield_ | legalfield_RAINIER RIDGE DIV NO. 02 | legalfield_9 |
| / | 7137910300 (King County) | LYSYY TATYANA LYSYY VASILY | SELECT PORTFOLIO SERVICING INC DEUTSCHE BANK NATIONAL TRUST COMAPNY ... | 06/09/2023 | NOTICE OF TRUSTEE SALE | NONE | 0000 | 20230609000151 | 20110919000413, 20061117002321 | PID: 7137910300 QTR: SE SEC: 9 TWP: 21 RGE: 5 SUB: RAINIER RIDGE DIV NO. 02 | legalfield_ | legalfield_ | legalfield_RAINIER RIDGE DIV NO. 02 | legalfield_9 |

EXHIBIT 10A

**Electronically Recorded**
**20150925001904**
SIMPLIFILE            NTS            75.00
Page 001 of 004
09/25/2015 04:56
King County, WA

WHEN RECORDED MAIL TO:
**Quality Loan Service Corp. of Washington**
**C/O Quality Loan Service Corporation**
**411 Ivy Street**
**San Diego, CA 92101**

TS No.: **WA-15-675789-SW**                    SPACE ABOVE THIS LINE FOR RECORDER'S USE
APN No.: **713791-0300**
Title Order No.: **150165623-WA-MSI**
Deed of Trust Grantor(s): **TATYANA LYSYY, VASILIY LYSYY**
Deed of Trust Grantee(s): **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR PMC BANCORP, A CALIFORNIA CORPORATION**
Deed of Trust Instrument/Reference No.: **20061117002321**

## NOTICE OF TRUSTEE'S SALE
Pursuant to the Revised Code of Washington 61.24, et seq.

I.      **NOTICE IS HEREBY GIVEN** that Quality Loan Service Corp. of Washington, the undersigned Trustee, will on **1/29/2016, at 10:00 AM at the 4th Avenue Entrance of the King County Administration Building, located one block east of the Courthouse, 500 4th Avenue, Seattle, WA** sell at public auction to the highest and best bidder, payable in the form of credit bid or cash bid in the form of cashier's check or certified checks from federally or State chartered banks, at the time of sale the following described real property, situated in the County of **KING**, State of Washington, to-wit:

**LOT 30, RAINIER RIDGE DIVISION NO. II, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 164 OF PLATS, PAGES 64 THROUGH 66, RECORDS OF KING COUNTY, WASHINGTON. Tax Parcel Number: 7137910300**

More commonly known as:
**12921 SE 318TH WAY, AUBURN, WA 98092**

which is subject to that certain Deed of Trust dated **11/9/2006**, recorded **11/17/2006**, under **20061117002321** records of KING County, **Washington**, from **TATYANA LYSYY AND VASILIY LYSYY , HUSBAND AND WIFE**, as Grantor(s), to **THE TALON GROUP**, as Trustee, to secure an obligation in favor of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR PMC BANCORP, A CALIFORNIA CORPORATION**, as Beneficiary, the beneficial interest in which was assigned by **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR PMC BANCORP, A CALIFORNIA CORPORATION** (or by its successors-in-interest and/or assigns, if any), to **DEUTSCHE BANK NATIONAL TRUST COMPANY,AS TRUSTEE UNDERTHE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1.**

II.      No action commenced by the Beneficiary of the Deed of Trust is now pending to seek satisfaction of the obligation in any Court by reason of the Borrower's or Grantor's default on the obligation secured by the Deed of Trust/Mortgage.

III.     The default(s) for which this foreclosure is made is/are as follows:
Failure to pay when due the following amounts which are now in arrears: **$85,150.10**

IV.     The sum owing on the obligation secured by the Deed of Trust is: The principal sum of **$249,500.00**, together with interest as provided in the Note from 3/1/2010 on, and such other costs and fees as are provided by statute.

V.     The above-described real property will be sold to satisfy the expense of sale and the obligation secured by the Deed of Trust as provided by statute. Said sale will be made without warranty, expressed or implied, regarding title, possession or encumbrances on **1/29/2016**. The defaults referred to in Paragraph III must be cured by **1/18/2016** (11 days before the sale date) to cause a discontinuance of the sale. The sale will be discontinued and terminated if at any time before **1/18/2016** (11 days before the sale) the default as set forth in Paragraph III is cured and the Trustee's fees and costs are paid. Payment must be in cash or with cashiers or certified checks from a State or federally chartered bank. The sale may be terminated any time after the **1/18/2016** (11 days before the sale date) and before the sale, by the Borrower or Grantor or the holder of any recorded junior lien or encumbrance by paying the principal and interest, plus costs, fees and advances, if any, made pursuant to the terms of the obligation and/or Deed of Trust, and curing all other defaults.

VI.     A written Notice of Default was transmitted by the Beneficiary or Trustee to the Borrower and Grantor at the following address(es):

<u>NAME</u>
**TATYANA  LYSYY AND VASILIY  LYSYY , HUSBAND AND WIFE**
<u>ADDRESS</u>
**12921 SE 318TH WAY, AUBURN, WA 98092**

by both first class and certified mail, proof of which is in the possession of the Trustee; and the Borrower and Grantor were personally served, if applicable, with said written Notice of Default or the written Notice of Default was posted in a conspicuous place on the real property described in Paragraph 1 above, and the Trustee has possession of proof of such service or posting. These requirements were completed as of **8/7/2015**.

VII.     The Trustee whose name and address are set forth below will provide in writing to anyone requesting it, a statement of all costs and fees due at any time prior to the sale.

VIII.     The effect of the sale will be to deprive the Grantor and all those who hold by, through or under the Grantor of all their interest in the above-described property.

IX.     Anyone having any objections to this sale on any grounds whatsoever will be afforded an opportunity to be heard as to those objections if they bring a lawsuit to restrain the sale pursuant to RCW 61.24.130. Failure to bring such a lawsuit may result in a waiver of any proper grounds for invalidating the Trustee's sale.

**NOTICE TO OCCUPANTS OR TENANTS – The purchaser at the Trustee's Sale is entitled to possession of the property on the 20th day following the sale, as against the Grantor under the deed of trust (the owner) and anyone having an interest junior to the deed of trust, including occupants who are not tenants. After the 20th day following the sale the purchaser has the right to evict occupants who are not tenants by summary proceedings under Chapter 59.12 RCW. For tenant-occupied property, the purchaser shall provide a tenant with written notice in accordance with RCW 61.24.060.**

**THIS NOTICE IS THE FINAL STEP BEFORE THE FORECLOSURE SALE OF YOUR HOME.**

You have only 20 DAYS from the recording date of this notice to pursue mediation.

**DO NOT DELAY. CONTACT A HOUSING COUNSELOR OR AN ATTORNEY LICENSED IN WASHINGTON NOW** to assess your situation and refer you to mediation if you are eligible and it may help you save your home. See below for safe sources of help.

## SEEKING ASSISTANCE

Housing counselors and legal assistance may be available at little or no cost to you. If you would like assistance in determining your rights and opportunities to keep your house, you may contact the following:

The statewide foreclosure hotline for assistance and referral to housing counselors recommended by the Housing Finance Commission: Toll-free: **1-877-894-HOME (1-877-894-4663)** or Web site: http://www.dfi.wa.gov/consumers/homeownership/post_purchase_counselors_foreclosure.htm.

The United States Department of Housing and Urban Development: Toll-free: **1-800-569-4287** or National Web Site: http://portal.hud.gov/hudportal/HUD or for Local counseling agencies in Washington: http://www.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=WA&filterSvc=dfc

The statewide civil legal aid hotline for assistance and referrals to other housing counselors and attorneys: Telephone: **1-800-606-4819** or Web site: http://nwjustice.org/what-clear.

If the sale is set aside for any reason, including if the Trustee is unable to convey title, the Purchaser at the sale shall be entitled only to a return of the monies paid to the Trustee. This shall be the Purchaser's sole and exclusive remedy. The purchaser shall have no further recourse against the Trustor, the Trustee, the Beneficiary, the Beneficiary's Agent, or the Beneficiary's Attorney.

If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the note holders right's against the real property only.

QUALITY MAY BE CONSIDERED A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit report agency if you fail to fulfill the terms of your credit obligations.

Dated:

SEP 2 4 2015

Quality Loan Service Corp. of Washington, as Trustee
By: Maria Montana, Assistant Secretary

Trustee's Mailing Address:
Quality Loan Service Corp. of Washington
C/O Quality Loan Service Corp.
411 Ivy Street, San Diego, CA 92101
(866) 645-7711

Trustee's Physical Address:
Quality Loan Service Corp. of Washington
108 1st Ave South, Suite 202
Seattle, WA 98104
(866) 925-0241

**Sale Line: 916.939.0772**
**Or Login to: http://wa.qualityloan.com**
**TS No.: WA-15-675789-SW**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of: **California**)

County of: **San Diego**)

On _____ **SEP 2 4 2015** _____ before me, _____ Christine Marie Bitanga _____ a notary public, personally appeared _____ Maria Montana _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under *PENALTY OF PERJURY* under the laws of the State of **California** that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.      **(Seal)**

Signature
Christine Marie Bitanga

CHRISTINE MARIE BITANGA
Commission # 2041697
Notary Public - California
San Diego County
My Comm. Expires Sep 17, 2017

EXHIBIT 10B

**Electronically Recorded**
**20151119000545**

SIMPLIFILE          NTS          76.00
Page 001 of   004
11/19/2015 12:20
King County, WA

WHEN RECORDED MAIL TO:
**Quality Loan Service Corp. of Washington**
**C/O Quality Loan Service Corporation**
**411 Ivy Street**
**San Diego, CA 92101**

TS No.: **WA-15-675789-SW**             SPACE ABOVE THIS LINE FOR RECORDER'S USE
APN No.: **713791-0300**
Title Order No.: **150165623-WA-MSI**
Deed of Trust Grantor(s): **TATYANA LYSYY, VASILIY LYSYY**
Deed of Trust Grantee(s): **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR PMC BANCORP, A CALIFORNIA CORPORATION**
Deed of Trust Instrument/Reference No.: **20061117002321**

# NOTICE OF TRUSTEE'S SALE

Pursuant to the Revised Code of Washington 61.24, et seq.

I.      **NOTICE IS HEREBY GIVEN** that Quality Loan Service Corp. of Washington, the undersigned Trustee, will on **3/18/2016, at 10:00 AM at the 4th Avenue Entrance of the King County Administration Building, located one block east of the Courthouse, 500 4th Avenue, Seattle, WA** sell at public auction to the highest and best bidder, payable in the form of credit bid or cash bid in the form of cashier's check or certified checks from federally or State chartered banks, at the time of sale the following described real property, situated in the County of **KING**, State of **Washington**, to-wit:

**LOT 30, RAINIER RIDGE DIVISION NO. II, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 164 OF PLATS, PAGES 64 THROUGH 66, RECORDS OF KING COUNTY, WASHINGTON. Tax Parcel Number: 7137910300**

More commonly known as:
**12921 SE 318TH WAY, AUBURN, WA 98092**

which is subject to that certain Deed of Trust dated **11/9/2006**, recorded **11/17/2006**, under **20061117002321** records of **KING** County, **Washington**, from **TATYANA LYSYY AND VASILIY LYSYY , HUSBAND AND WIFE**, as Grantor(s), to **THE TALON GROUP**, as Trustee, to secure an obligation in favor of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR PMC BANCORP, A CALIFORNIA CORPORATION**, as Beneficiary, the beneficial interest in which was assigned by **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR PMC BANCORP, A CALIFORNIA CORPORATION** (or by its successors-in-interest and/or assigns, if any), to **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1.**

II.      No action commenced by the Beneficiary of the Deed of Trust is now pending to seek satisfaction of the obligation in any Court by reason of the Borrower's or Grantor's default on the obligation secured by the Deed of Trust/Mortgage.

III.    The default(s) for which this foreclosure is made is/are as follows:
Failure to pay when due the following amounts which are now in arrears: **$87,116.07**

IV.    The sum owing on the obligation secured by the Deed of Trust is: The principal sum of **$249,500.00**, together with interest as provided in the Note from **3/1/2010** on, and such other costs and fees as are provided by statute.

V.    The above-described real property will be sold to satisfy the expense of sale and the obligation secured by the Deed of Trust as provided by statute. Said sale will be made without warranty, expressed or implied, regarding title, possession or encumbrances on **3/18/2016**. The defaults referred to in Paragraph III must be cured by 3/7/2016 (11 days before the sale date) to cause a discontinuance of the sale. The sale will be discontinued and terminated if at any time before 3/7/2016 (11 days before the sale) the default as set forth in Paragraph III is cured and the Trustee's fees and costs are paid. Payment must be in cash or with cashiers or certified checks from a State or federally chartered bank. The sale may be terminated any time after the 3/7/2016 (11 days before the sale date) and before the sale, by the Borrower or Grantor or the holder of any recorded junior lien or encumbrance by paying the principal and interest, plus costs, fees and advances, if any, made pursuant to the terms of the obligation and/or Deed of Trust, and curing all other defaults.

VI.    A written Notice of Default was transmitted by the Beneficiary or Trustee to the Borrower and Grantor at the following address(es):

NAME
**TATYANA LYSYY AND VASILIY LYSYY , HUSBAND AND WIFE**
ADDRESS
**12921 SE 318TH WAY, AUBURN, WA 98092**

by both first class and certified mail, proof of which is in the possession of the Trustee; and the Borrower and Grantor were personally served, if applicable, with said written Notice of Default or the written Notice of Default was posted in a conspicuous place on the real property described in Paragraph I above, and the Trustee has possession of proof of such service or posting. These requirements were completed as of **8/7/2015.**

VII.    The Trustee whose name and address are set forth below will provide in writing to anyone requesting it, a statement of all costs and fees due at any time prior to the sale.

VIII.    The effect of the sale will be to deprive the Grantor and all those who hold by, through or under the Grantor of all their interest in the above-described property.

IX.    Anyone having any objections to this sale on any grounds whatsoever will be afforded an opportunity to be heard as to those objections if they bring a lawsuit to restrain the sale pursuant to RCW 61.24.130. Failure to bring such a lawsuit may result in a waiver of any proper grounds for invalidating the Trustee's sale.

**NOTICE TO OCCUPANTS OR TENANTS – The purchaser at the Trustee's Sale is entitled to possession of the property on the 20th day following the sale, as against the Grantor under the deed of trust (the owner) and anyone having an interest junior to the deed of trust, including occupants who are not tenants. After the 20th day following the sale the purchaser has the right to evict occupants who are not tenants by summary proceedings under Chapter 59.12 RCW. For tenant-occupied property, the purchaser shall provide a tenant with written notice in accordance with RCW 61.24.060.**

**THIS NOTICE IS THE FINAL STEP BEFORE THE FORECLOSURE SALE OF YOUR HOME.**

You have only 20 DAYS from the recording date of this notice to pursue mediation.

**DO NOT DELAY. CONTACT A HOUSING COUNSELOR OR AN ATTORNEY LICENSED IN WASHINGTON NOW** to assess your situation and refer you to mediation if you are eligible and it may help you save your home. See below for safe sources of help.

## SEEKING ASSISTANCE

Housing counselors and legal assistance may be available at little or no cost to you. If you would like assistance in determining your rights and opportunities to keep your house, you may contact the following:

The statewide foreclosure hotline for assistance and referral to housing counselors recommended by the Housing Finance Commission: Toll-free: **1-877-894-HOME (1-877-894-4663)** or Web site: http://www.dfi.wa.gov/consumers/homeownership/post_purchase_counselors_foreclosure.htm.

The United States Department of Housing and Urban Development: Toll-free: **1-800-569-4287** or National Web Site: http://portal.hud.gov/hudportal/HUD or for Local counseling agencies in Washington: http://www.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=WA&filterSvc=dfc

The statewide civil legal aid hotline for assistance and referrals to other housing counselors and attorneys: Telephone: **1-800-606-4819** or Web site: http://nwjustice.org/what-clear.

If the sale is set aside for any reason, including if the Trustee is unable to convey title, the Purchaser at the sale shall be entitled only to a return of the monies paid to the Trustee. This shall be the Purchaser's sole and exclusive remedy. The purchaser shall have no further recourse against the Trustor, the Trustee, the Beneficiary, the Beneficiary's Agent, or the Beneficiary's Attorney.

If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the note holders right's against the real property only.

QUALITY MAY BE CONSIDERED A DEBT COLLECTOR ATTEMPTING TO COLLECT A
DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

As required by law, you are hereby notified that a negative credit report reflecting on your credit record
may be submitted to a credit report agency if you fail to fulfill the terms of your credit obligations.

Dated:

11 / 19 / 2015

_Lauren Esquivel_

Quality Loan Service Corp. of Washington, as Trustee
By: Lauren Esquivel, Assistant Secretary

Trustee's Mailing Address:
Quality Loan Service Corp. of Washington
C/O Quality Loan Service Corp.
411 Ivy Street, San Diego, CA 92101
(866) 645-7711

Trustee's Physical Address:
Quality Loan Service Corp. of Washington
108 1st Ave South, Suite 202
Seattle, WA 98104
(866) 925-0241

**Sale Line: 916.939.0772**
**Or Login to: http://wa.qualityloan.com**
**TS No.: WA-15-675789-SW**

A notary public or other officer completing this certificate verifies only the identity of the individual who
signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of
that document.

State of: **California**)

County of: **San Diego**)

COURTNEY PATANIA

On **NOV 1 9 2015** before me, _____ a notary public, personally
appeared _COURTNEY PATANIA_____, who proved to me on the basis of satisfactory evidence to
be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that
he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted,
executed the instrument.

I certify under *PENALTY OF PERJURY* under the laws of the State of **California** that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal. **(Seal)**

_signature_

Signature

COURTNEY PATANIA

COURTNEY PATANIA
Commission # 2044156
Notary Public - California
San Diego County
My Comm. Expires Nov 1, 2017

EXHIBIT 10C

**Electronically Recorded**
**20160204000449**

SIMPLIFILE        NTS        76.00
Page 001 of 004
02/04/2016 11:56
King County, WA

WHEN RECORDED MAIL TO:
**Quality Loan Service Corp. of Washington**
**C/O Quality Loan Service Corporation**
**411 Ivy Street**
**San Diego, CA 92101**

TS No.: **WA-15-675789-SW**             SPACE ABOVE THIS LINE FOR RECORDER'S USE
APN No.: **713791-0300**
Title Order No.: **150165623-WA-MSI**
Deed of Trust Grantor(s): **TATYANA LYSYY, VASILIY LYSYY**
Deed of Trust Grantee(s): **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS**
**NOMINEE FOR PMC BANCORP, A CALIFORNIA CORPORATION**
Deed of Trust Instrument/Reference No.: **20061117002321**

# NOTICE OF TRUSTEE'S SALE

Pursuant to the Revised Code of Washington 61.24, et seq.

I.     **NOTICE IS HEREBY GIVEN** that Quality Loan Service Corp. of Washington, the undersigned Trustee, will on **6/3/2016**, at **10:00 AM at the 4th Avenue Entrance of the King County Administration Building, located one block east of the Courthouse, 500 4th Avenue, Seattle, WA** sell at public auction to the highest and best bidder, payable in the form of credit bid or cash bid in the form of cashier's check or certified checks from federally or State chartered banks, at the time of sale the following described real property, situated in the County of **KING**, State of Washington, to-wit:

**LOT 30, RAINIER RIDGE DIVISION NO. II, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 164 OF PLATS, PAGES 64 THROUGH 66, RECORDS OF KING COUNTY, WASHINGTON. Tax Parcel Number: 7137910300**

More commonly known as:
**12921 SE 318TH WAY, AUBURN, WA 98092**

which is subject to that certain Deed of Trust dated **11/9/2006**, recorded **11/17/2006**, under **20061117002321** records of **KING** County, Washington, from **TATYANA LYSYY AND VASILIY LYSYY , HUSBAND AND WIFE**, as Grantor(s), to **THE TALON GROUP**, as Trustee, to secure an obligation in favor of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR PMC BANCORP, A CALIFORNIA CORPORATION**, as Beneficiary, the beneficial interest in which was assigned by **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR PMC BANCORP, A CALIFORNIA CORPORATION** (or by its successors-in-interest and/or assigns, if any), to **DEUTSCHE BANK NATIONAL TRUST COMPANY,AS TRUSTEE UNDERTHE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1.**

II.     No action commenced by the Beneficiary of the Deed of Trust is now pending to seek satisfaction of the obligation in any Court by reason of the Borrower's or Grantor's default on the obligation secured by the Deed of Trust/Mortgage.

III.     The default(s) for which this foreclosure is made is/are as follows:
Failure to pay when due the following amounts which are now in arrears: **$89,267.02**

IV.     The sum owing on the obligation secured by the Deed of Trust is:  The principal sum of **$249,500.00**, together with interest as provided in the Note from **3/1/2010** on, and such other costs and fees as are provided by statute.

V.     The above-described real property will be sold to satisfy the expense of sale and the obligation secured by the Deed of Trust as provided by statute.  Said sale will be made without warranty, expressed or implied, regarding title, possession or encumbrances on **6/3/2016**. The defaults referred to in Paragraph III must be cured by **5/23/2016** (11 days before the sale date) to cause a discontinuance of the sale.  The sale will be discontinued and terminated if at any time before **5/23/2016** (11 days before the sale) the default as set forth in Paragraph III is cured and the Trustee's fees and costs are paid. Payment must be in cash or with cashiers or certified checks from a State or federally chartered bank.  The sale may be terminated any time after the **5/23/2016** (11 days before the sale date) and before the sale, by the Borrower or Grantor or the holder of any recorded junior lien or encumbrance by paying the principal and interest, plus costs, fees and advances, if any, made pursuant to the terms of the obligation and/or Deed of Trust, and curing all other defaults.

VI.     A written Notice of Default was transmitted by the Beneficiary or Trustee to the Borrower and Grantor at the following address(es):

NAME
**TATYANA LYSYY AND VASILIY LYSYY , HUSBAND AND WIFE**
ADDRESS
**12921 SE 318TH WAY, AUBURN, WA 98092**

by both first class and certified mail, proof of which is in the possession of the Trustee; and the Borrower and Grantor were personally served, if applicable, with said written Notice of Default or the written Notice of Default was posted in a conspicuous place on the real property described in Paragraph I above, and the Trustee has possession of proof of such service or posting. These requirements were completed as of **8/7/2015**.

VII.     The Trustee whose name and address are set forth below will provide in writing to anyone requesting it, a statement of all costs and fees due at any time prior to the sale.

VIII.     The effect of the sale will be to deprive the Grantor and all those who hold by, through or under the Grantor of all their interest in the above-described property.

IX.     Anyone having any objections to this sale on any grounds whatsoever will be afforded an opportunity to be heard as to those objections if they bring a lawsuit to restrain the sale pursuant to RCW 61.24.130.  Failure to bring such a lawsuit may result in a waiver of any proper grounds for invalidating the Trustee's sale.

**NOTICE TO OCCUPANTS OR TENANTS – The purchaser at the Trustee's Sale is entitled to possession of the property on the 20th day following the sale, as against the Grantor under the deed of trust (the owner) and anyone having an interest junior to the deed of trust, including occupants who are not tenants. After the 20th day following the sale the purchaser has the right to evict occupants who are not tenants by summary proceedings under Chapter ,59.12 RCW. For tenant-occupied property, the purchaser shall provide a tenant with written notice in accordance with RCW 61.24.060.**

**THIS NOTICE IS THE FINAL STEP BEFORE THE FORECLOSURE SALE OF YOUR HOME.**

You have only 20 DAYS from the recording date of this notice to pursue mediation.

**DO NOT DELAY. CONTACT A HOUSING COUNSELOR OR AN ATTORNEY LICENSED IN WASHINGTON NOW** to assess your situation and refer you to mediation if you are eligible and it may help you save your home. See below for safe sources of help.

### SEEKING ASSISTANCE

Housing counselors and legal assistance may be available at little or no cost to you. If you would like assistance in determining your rights and opportunities to keep your house, you may contact the following:

The statewide foreclosure hotline for assistance and referral to housing counselors recommended by the Housing Finance Commission: Toll-free: **1-877-894-HOME (1-877-894-4663)** or Web site: http://www.dfi.wa.gov/consumers/homeownership/post_purchase_counselors_foreclosure.htm.

The United States Department of Housing and Urban Development: Toll-free: **1-800-569-4287** or National Web Site: http://portal.hud.gov/hudportal/HUD or for Local counseling agencies in Washington: http://www.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=WA&filterSvc=dfc

The statewide civil legal aid hotline for assistance and referrals to other housing counselors and attorneys: Telephone: **1-800-606-4819** or Web site: http://nwjustice.org/what-clear.

If the sale is set aside for any reason, including if the Trustee is unable to convey title, the Purchaser at the sale shall be entitled only to a return of the monies paid to the Trustee. This shall be the Purchaser's sole and exclusive remedy. The purchaser shall have no further recourse against the Trustor, the Trustee, the Beneficiary, the Beneficiary's Agent, or the Beneficiary's Attorney.

If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the note holders right's against the real property only.

QUALITY MAY BE CONSIDERED A DEBT COLLECTOR ATTEMPTING TO COLLECT A
DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

As required by law, you are hereby notified that a negative credit report reflecting on your credit record
may be submitted to a credit report agency if you fail to fulfill the terms of your credit obligations.

Dated:

FEB 03 2016

*Lauren Esquivel*

Quality Loan Service Corp. of Washington, as Trustee
By: Lauren Esquivel, Assistant Secretary

Trustee's Mailing Address:
Quality Loan Service Corp. of Washington
C/O Quality Loan Service Corp.
411 Ivy Street, San Diego, CA 92101
(866) 645-7711

Trustee's Physical Address:
Quality Loan Service Corp. of Washington
108 1st Ave South, Suite 202
Seattle, WA 98104
(866) 925-0241

**Sale Line: 916.939.0772**
**Or Login to: http://wa.qualityloan.com**
**TS No.: WA-15-675789-SW**

A notary public or other officer completing this certificate verifies only the identity of the individual who
signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of
that document.

State of: <u>California</u>)

County of: <u>San Diego</u>)

FEB 03 2016
On _____ before me, _____ Christine Marie Bitanga _____ a notary public, personally
appeared ____ Lauren Esquivel ____, who proved to me on the basis of satisfactory evidence to
be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that
he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted,
executed the instrument.

I certify under *PENALTY OF PERJURY* under the laws of the State of **California** that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.          **(Seal)**

Signature
Christine Marie Bitanga

CHRISTINE MARIE BITANGA
Commission # 2041697
Notary Public - California
San Diego County
My Comm. Expires Sep 17, 2017

EXHIBIT 10D

**Electronically Recorded**
**20160630002175**

SIMPLIFILE                    NTS                    76 00
Page 001 of   004
06/30/2016 04:40
King County, WA

WHEN RECORDED MAIL TO:
**Quality Loan Service Corp. of Washington**
**C/O Quality Loan Service Corporation**
**411 Ivy Street**
**San Diego, CA 92101**

TS No.: **WA-15-675789-SW**                    SPACE ABOVE THIS LINE FOR RECORDER'S USE
APN No.: **713791-0300**
Title Order No.: **150165623-WA-MSI**
Deed of Trust Grantor(s): **TATYANA LYSYY, VASILIY LYSYY**
Deed of Trust Grantee(s): **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR PMC BANCORP, A CALIFORNIA CORPORATION**
Deed of Trust Instrument/Reference No.: **20061117002321**

## NOTICE OF TRUSTEE'S SALE

Pursuant to the Revised Code of Washington 61.24, et seq.

I.         **NOTICE IS HEREBY GIVEN** that Quality Loan Service Corp. of Washington, the undersigned Trustee, will on **10/28/2016, at 10:00 AM at the 4th Avenue Entrance of the King County Administration Building, located one block east of the Courthouse, 500 4th Avenue, Seattle, WA** sell at public auction to the highest and best bidder, payable in the form of credit bid or cash bid in the form of cashier's check or certified checks from federally or State chartered banks, at the time of sale the following described real property, situated in the County of **KING**, State of **Washington**, to-wit:

**LOT 30, RAINIER RIDGE DIVISION NO. II, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 164 OF PLATS, PAGES 64 THROUGH 66, RECORDS OF KING COUNTY, WASHINGTON.**

More commonly known as:
**12921 SE 318TH WAY, AUBURN, WA 98092**

which is subject to that certain Deed of Trust dated **11/9/2006**, recorded **11/17/2006**, under **20061117002321** records of KING County, **Washington**, from **TATYANA LYSYY AND VASILIY LYSYY, HUSBAND AND WIFE**, as Grantor(s), to **THE TALON GROUP**, as Trustee, to secure an obligation in favor of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR PMC BANCORP, A CALIFORNIA CORPORATION**, as Beneficiary, the beneficial interest in which was subsequently assigned to **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP.,    MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1** under and assignment recorded under Auditors File Number **20110919000413**

II.        No action commenced by the Beneficiary of the Deed of Trust is now pending to seek satisfaction of the obligation in any Court by reason of the Borrower's or Grantor's default on the obligation secured by the Deed of Trust/Mortgage.

III.        The default(s) for which this foreclosure is made is/are as follows:
Failure to pay when due the following amounts which are now in arrears: **$97,142.45**

IV.     The sum owing on the obligation secured by the Deed of Trust is: The principal sum of **$249,500.00**, together with interest as provided in the Note from **3/1/2010** on, and such other costs and fees as are provided by statute.

V.     The above-described real property will be sold to satisfy the expense of sale and the obligation secured by the Deed of Trust as provided by statute. Said sale will be made without warranty, expressed or implied, regarding title, possession or encumbrances on **10/28/2016**. The defaults referred to in Paragraph III must be cured by **10/17/2016** (11 days before the sale date) to cause a discontinuance of the sale. The sale will be discontinued and terminated if at any time before **10/17/2016** (11 days before the sale) the default as set forth in Paragraph III is cured and the Trustee's fees and costs are paid. Payment must be in cash or with cashiers or certified checks from a State or federally chartered bank. The sale may be terminated any time after the **10/17/2016** (11 days before the sale date) and before the sale, by the Borrower or Grantor or the holder of any recorded junior lien or encumbrance by paying the principal and interest, plus costs, fees and advances, if any, made pursuant to the terms of the obligation and/or Deed of Trust, and curing all other defaults.

VI.     A written Notice of Default was transmitted by the Beneficiary or Trustee to the Borrower and Grantor at the following address(es):

NAME
**TATYANA LYSYY AND VASILIY LYSYY, HUSBAND AND WIFE**
ADDRESS
**12921 SE 318TH WAY, AUBURN, WA 98092**

by both first class and certified mail, proof of which is in the possession of the Trustee; and the Borrower and Grantor were personally served, if applicable, with said written Notice of Default or the written Notice of Default was posted in a conspicuous place on the real property described in Paragraph I above, and the Trustee has possession of proof of such service or posting. These requirements were completed as of **8/7/2015**.

VII.     The Trustee whose name and address are set forth below will provide in writing to anyone requesting it, a statement of all costs and fees due at any time prior to the sale.

VIII.     The effect of the sale will be to deprive the Grantor and all those who hold by, through or under the Grantor of all their interest in the above-described property.

IX.     Anyone having any objections to this sale on any grounds whatsoever will be afforded an opportunity to be heard as to those objections if they bring a lawsuit to restrain the sale pursuant to RCW 61.24.130. Failure to bring such a lawsuit may result in a waiver of any proper grounds for invalidating the Trustee's sale.

**NOTICE TO OCCUPANTS OR TENANTS – The purchaser at the Trustee's Sale is entitled to possession of the property on the 20th day following the sale, as against the Grantor under the deed of trust (the owner) and anyone having an interest junior to the deed of trust, including occupants who are not tenants. After the 20th day following the sale the purchaser has the right to evict occupants who are not tenants by summary proceedings under Chapter 59.12 RCW. For tenant-occupied property, the purchaser shall provide a tenant with written notice in accordance with RCW 61.24.060.**

**THIS NOTICE IS THE FINAL STEP BEFORE THE FORECLOSURE SALE OF YOUR HOME.**

. You have only 20 DAYS from the recording date of this notice to pursue mediation.

**DO NOT DELAY. CONTACT A HOUSING COUNSELOR OR AN ATTORNEY LICENSED IN WASHINGTON NOW** to assess your situation and refer you to mediation if you are eligible and it may help you save your home. See below for safe sources of help.

**SEEKING ASSISTANCE**

Housing counselors and legal assistance may be available at little or no cost to you. If you would like assistance in determining your rights and opportunities to keep your house, you may contact the following:

The statewide foreclosure hotline for assistance and referral to housing counselors recommended by the Housing Finance Commission: Toll-free: **1-877-894-HOME (1-877-894-4663)** or Web site: http://www.dfi.wa.gov/consumers/homeownership/post_purchase_counselors_foreclosure.htm.

The United States Department of Housing and Urban Development: Toll-free: **1-800-569-4287** or National Web Site: http://portal.hud.gov/hudportal/HUD or for Local counseling agencies in Washington: http://www.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=WA&filterSvc=dfc

The statewide civil legal aid hotline for assistance and referrals to other housing counselors and attorneys: Telephone: **1-800-606-4819** or Web site: http://nwjustice.org/what-clear.

If the sale is set aside for any reason, including if the Trustee is unable to convey title, the Purchaser at the sale shall be entitled only to a return of the monies paid to the Trustee. This shall be the Purchaser's sole and exclusive remedy. The purchaser shall have no further recourse against the Trustor, the Trustee, the Beneficiary, the Beneficiary's Agent, or the Beneficiary's Attorney.

If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the note holders right's against the real property only.

**QUALITY MAY BE CONSIDERED A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit report agency if you fail to fulfill the terms of your credit obligations.

Dated:

6/30/2016

*[signature]*

Quality Loan Service Corp. of Washington, as Trustee
By: Rhianna Watson, Assistant Secretary

Trustee's Mailing Address:
Quality Loan Service Corp. of Washington
C/O Quality Loan Service Corp.
411 Ivy Street, San Diego, CA 92101
(866) 645-7711

Trustee's Physical Address:
Quality Loan Service Corp. of Washington
108 1ˢᵗ Ave South, Suite 202
Seattle, WA 98104
(866) 925-0241

**Sale Line: 916-939-0772
Or Login to: http://wa.qualityloan.com
TS No.: WA-15-675789-SW**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of: ___California___ )

County of:___San Diego___ )

**JANETH SALAS AGUILAR**

On ___6·30·16___ before me,_____ a notary public, personally appeared ___Rhianna Watson___, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under *PENALTY OF PERJURY* under the laws of the State of ___California___ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.          **(Seal)**

Signature _Janeth Salas_

**JANETH SALAS AGUILAR**

JANETH SALAS AGUILAR
COMM. #1997798
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
NOVEMBER 11, 2016

EXHIBIT 10E

WHEN RECORDED MAIL TO:
Quality Loan Service Corp. of Washington
C/O Quality Loan Service Corporation
411 Ivy Street
San Diego, CA 92101

TS No.: **WA-15-675789-SW**
APN No.: **713791-0300**
Title Order No.: **150165623-WA-MSI**
Deed of Trust Grantor(s): **TATYANA LYSYY, VASILIY LYSYY**
Deed of Trust Grantee(s): **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR PMC BANCORP, A CALIFORNIA CORPORATION**
Deed of Trust Instrument/Reference No.: **20061117002321**

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# NOTICE OF TRUSTEE'S SALE

Pursuant to the Revised Code of Washington 61.24, et seq.

I.    **NOTICE IS HEREBY GIVEN** that Quality Loan Service Corp. of Washington, the undersigned Trustee, will on **2/16/2018, at 10:00 AM At the 4th Ave entrance to the King County Administration Building, located one block east of the Courthouse, 500 4th Ave, Seattle, WA 98104** sell at public auction to the highest and best bidder, payable in the form of credit bid or cash bid in the form of cashier's check or certified checks from federally or State chartered banks, at the time of sale the following described real property, situated in the County of **KING**, State of **Washington**, to-wit:

**LOT 30, RAINIER RIDGE DIVISION NO. II, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 164 OF PLATS, PAGES 64 THROUGH 66, RECORDS OF KING COUNTY, WASHINGTON.**

More commonly known as: **12921 SE 318TH WAY, AUBURN, WA 98092**

which is subject to that certain Deed of Trust dated **11/9/2006**, recorded 11/17/2006, under **Instrument No. 20061117002321**   records of KING County, Washington, from **TATYANA LYSYY AND VASILIY LYSYY, HUSBAND AND WIFE**, as grantor(s), to **THE TALON GROUP**, as original trustee, to secure an obligation in favor of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR PMC BANCORP, A CALIFORNIA CORPORATION**, as original beneficiary, the beneficial interest in which was subsequently assigned to **Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-1** , the Beneficiary, under an assignment recorded under Auditors File Number **20110919000413**

II.    No action commenced by the Beneficiary of the Deed of Trust is now pending to seek satisfaction of the obligation in any Court by reason of the Borrower's or Grantor's default on the obligation secured by the Deed of Trust/Mortgage.

III.    The default(s) for which this foreclosure is made is/are as follows: Failure to pay when due the following amounts which are now in arrears: **$118,116.46**.

IV.     The sum owing on the obligation secured by the Deed of Trust is: The principal sum of **$249,500.00**, together with interest as provided in the Note from **3/1/2010** on, and such other costs and fees as are provided by statute.

V.     The above-described real property will be sold to satisfy the expense of sale and the obligation secured by the Deed of Trust as provided by statute. Said sale will be made without warranty, expressed or implied, regarding title, possession or encumbrances on **2/16/2018**. The defaults referred to in Paragraph III must be cured by **2/5/2018** (11 days before the sale date), or by other date as permitted in the Note or Deed of Trust, to cause a discontinuance of the sale. The sale will be discontinued and terminated if at any time before **2/5/2018** (11 days before the sale), or by other date as permitted in the Note or Deed of Trust, the default as set forth in Paragraph III is cured and the Trustee's fees and costs are paid. Payment must be in cash or with cashiers or certified checks from a State or federally chartered bank. The sale may be terminated any time after the **2/5/2018** (11 days before the sale date) and before the sale, by the Borrower or Grantor or the holder of any recorded junior lien or encumbrance by paying the principal and interest, plus costs, fees and advances, if any, made pursuant to the terms of the obligation and/or Deed of Trust, and curing all other defaults.

VI.     A written Notice of Default was transmitted by the Beneficiary or Trustee to the Borrower(s) and Grantor(s) by both first class and certified mail, proof of which is in the possession of the Trustee; and the Borrower and Grantor were personally served, if applicable, with said written Notice of Default or the written Notice of Default was posted in a conspicuous place on the real property described in Paragraph I above, and the Trustee has possession of proof of such service or posting. The list of recipients of the Notice of Default is listed within the Notice of Foreclosure provided to the Borrower(s) and Grantor(s). These requirements were completed as of **5/22/2017.**

VII.     The Trustee whose name and address are set forth below will provide in writing to anyone requesting it, a statement of all costs and fees due at any time prior to the sale.

VIII.     The effect of the sale will be to deprive the Grantor and all those who hold by, through or under the Grantor all their interest in the above-described property.

IX.     Anyone having any objections to this sale on any grounds whatsoever will be afforded an opportunity to be heard as to those objections if they bring a lawsuit to restrain the sale pursuant to RCW 61.24.130. Failure to bring such a lawsuit may result in a waiver of any proper grounds for invalidating the Trustee's sale.

X.     NOTICE TO OCCUPANTS OR TENANTS – The purchaser at the Trustee's Sale is entitled to possession of the property on the 20th day following the sale, as against the Grantor under the deed of trust (the owner) and anyone having an interest junior to the deed of trust, including occupants who are not tenants. After the 20th day following the sale the purchaser has the right to evict occupants who are not tenants by summary proceedings under Chapter 59.12 RCW. For tenant-occupied property, the purchaser shall provide a tenant with written notice in accordance with RCW 61.24.060.

**THIS NOTICE IS THE FINAL STEP BEFORE THE FORECLOSURE SALE OF YOUR HOME.**

You have only 20 DAYS from the recording date of this notice to pursue mediation.

**DO NOT DELAY. CONTACT A HOUSING COUNSELOR OR AN ATTORNEY LICENSED IN WASHINGTON NOW** to assess your situation and refer you to mediation if you are eligible and it may help you save your home. See below for safe sources of help.

**SEEKING ASSISTANCE**

Housing counselors and legal assistance may be available at little or no cost to you. If you would like assistance in determining your rights and opportunities to keep your house, you may contact the following:

The statewide foreclosure hotline for assistance and referral to housing counselors recommended by the Housing Finance Commission: Toll-free: **1-877-894-HOME (1-877-894-4663)** or Web site: http://www.dfi.wa.gov/consumers/homeownership/post_purchase_counselors_foreclosure.htm.

The United States Department of Housing and Urban Development: Toll-free: **1-800-569-4287** or National Web Site: http://portal.hud.gov/hudportal/HUD or for Local counseling agencies in Washington: http://www.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=WA&filterSvc=dfc

The statewide civil legal aid hotline for assistance and referrals to other housing counselors and attorneys: Telephone: **1-800-606-4819** or Web site: http://nwjustice.org/what-clear.

**Additional disclaimers provided by the Trustee:** If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the noteholders rights against the real property only.

**QUALITY MAY BE CONSIDERED A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

Dated: 10-10-17

Quality Loan Service Corp. of Washington, as Trustee
By: Briana Newton, Assistant Secretary

Trustee's Mailing Address:
Quality Loan Service Corp. of Washington
C/O Quality Loan Service Corp.
411 Ivy Street, San Diego, CA 92101
(866) 645-7711

Trustee's Physical Address:
Quality Loan Service Corp. of Washington
108 1st Ave South, Suite 202
Seattle, WA 98104
(866) 925-0241

**Sale Line: 916-939-0772 or Login to: http://wa.qualityloan.com**
**Trustee Sale Number: WA-15-675789-SW**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of: California )
County of: San Diego )

On OCT 1 0 2017 before me, **Katherine A. Davis** a notary public, personally appeared Briana Newton , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal. (Seal)

Signature
Katherine A. Davis

KATHERINE A. DAVIS
COMM. #2095368
Notary Public · California
San Diego County
My Comm. Expires Dec. 29, 2018

EXHIBIT 1OF

WHEN RECORDED MAIL TO:
Quality Loan Service Corp. of Washington
411 Ivy Street
San Diego, CA 92101

Trustee Sale No.: **WA-15-675789-SW**                SPACE ABOVE THIS LINE FOR RECORDER'S USE
Title Order No.: **150165623-WA-MSI**

# NOTICE OF TRUSTEE'S SALE

Pursuant to the Revised Code of Washington 61.24, et seq.

Reference Number of Deed of Trust: **Instrument No. 20061117002321**
Parcel Number(s): **713791-0300**
Grantor(s) for Recording Purposes under RCW 65.04.015: **TATYANA LYSYY AND VASILIY LYSYY, HUSBAND AND WIFE**
Current Beneficiary of the Deed of Trust and Grantee (for Recording Purposes under RCW 65.04.015):
**Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-1**
Current Trustee of the Deed of Trust: **Quality Loan Service Corporation of Washington**
Current Loan Mortgage Servicer of the Deed of Trust: **Select Portfolio Servicing, Inc.**

I.         NOTICE IS HEREBY GIVEN that Quality Loan Service Corp. of Washington, the undersigned Trustee, will on **11/30/2018**, at **10:00 AM At the 4th Ave entrance to the King County Administration Building, located one block east of the Courthouse, 500 4th Ave, Seattle, WA 98104** sell at public auction to the highest and best bidder, payable in the form of credit bid or cash bid in the form of cashier's check or certified checks from federally or State chartered banks, at the time of sale the following described real property, situated in the County of **KING**, State of **Washington**, to-wit:

**LOT 30, RAINIER RIDGE DIVISION NO. II, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 164 OF PLATS, PAGES 64 THROUGH 66, RECORDS OF KING COUNTY, WASHINGTON.**

More commonly known as: **12921 SE 318TH WAY, AUBURN, WA 98092**

which is subject to that certain Deed of Trust dated **11/9/2006**, recorded **11/17/2006**, under **Instrument No. 20061117002321** records of KING County, Washington, from **TATYANA LYSYY AND VASILIY LYSYY, HUSBAND AND WIFE**, as grantor(s), to **THE TALON GROUP**, as original trustee, to secure an obligation in favor of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR PMC BANCORP, A CALIFORNIA CORPORATION, ITS SUCCESSORS AND ASSIGNS**, as original beneficiary, the beneficial interest in which was subsequently assigned to **Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-1**, the Beneficiary, under an assignment recorded under Auditors File Number **20110919000413**

II.        No action commenced by the Beneficiary of the Deed of Trust as referenced in RCW 61.21.030(4) is now pending to seek satisfaction of the obligation in any Court by reason of the Borrower's or Grantor's default on the obligation secured by the Deed of Trust/Mortgage.

III.    The default(s) for which this foreclosure is made is/are as follows: Failure to pay when due the following amounts which are now in arrears: **$107,082.08**.

IV.    The sum owing on the obligation secured by the Deed of Trust is: The principal sum of **$249,500.00**, together with interest as provided in the Note from **3/1/2010** on, and such other costs and fees as are provided by statute.

V.    The above-described real property will be sold to satisfy the expense of sale and the obligation secured by the Deed of Trust as provided by statute. Said sale will be made without warranty, expressed or implied, regarding title, possession or encumbrances on **11/30/2018**. The defaults referred to in Paragraph III must be cured by **11/19/2018** (11 days before the sale date), or by other date as permitted in the Note or Deed of Trust, to cause a discontinuance of the sale. The sale will be discontinued and terminated if at any time before **11/19/2018** (11 days before the sale), or by other date as permitted in the Note or Deed of Trust, the default as set forth in Paragraph III is cured and the Trustee's fees and costs are paid. Payment must be in cash or with cashiers or certified checks from a State or federally chartered bank. The sale may be terminated any time after the **11/19/2018** (11 days before the sale date) and before the sale, by the Borrower or Grantor or the holder of any recorded junior lien or encumbrance by paying the principal and interest, plus costs, fees and advances, if any, made pursuant to the terms of the obligation and/or Deed of Trust, and curing all other defaults.

VI.    A written Notice of Default was transmitted by the Beneficiary or Trustee to the Borrower(s) and Grantor(s) by both first class and certified mail, proof of which is in the possession of the Trustee; and the Borrower and Grantor were personally served, if applicable, with said written Notice of Default or the written Notice of Default was posted in a conspicuous place on the real property described in Paragraph I above, and the Trustee has possession of proof of such service or posting. The list of recipients of the Notice of Default is listed within the Notice of Foreclosure provided to the Borrower(s) and Grantor(s). These requirements were completed as of **5/22/2017**.

VII.    The Trustee whose name and address are set forth below will provide in writing to anyone requesting it, a statement of all costs and fees due at any time prior to the sale.

VIII.    The effect of the sale will be to deprive the Grantor and all those who hold by, through or under the Grantor of all their interest in the above-described property.

IX.    Anyone having any objections to this sale on any grounds whatsoever will be afforded an opportunity to be heard as to those objections if they bring a lawsuit to restrain the sale pursuant to RCW 61.24.130. Failure to bring such a lawsuit may result in a waiver of any proper grounds for invalidating the Trustee's sale.

X.    NOTICE TO OCCUPANTS OR TENANTS – The purchaser at the Trustee's Sale is entitled to possession of the property on the 20th day following the sale, as against the Grantor under the deed of trust (the owner) and anyone having an interest junior to the deed of trust, including occupants who are not tenants. After the 20th day following the sale the purchaser has the right to evict occupants who are not tenants by summary proceedings under Chapter 59.12 RCW. For tenant-occupied property, the purchaser shall provide a tenant with written notice in accordance with RCW 61.24.060.

**THIS NOTICE IS THE FINAL STEP BEFORE THE FORECLOSURE SALE OF YOUR HOME.**

You have only 20 DAYS from the recording date of this notice to pursue mediation.

**DO NOT DELAY. CONTACT A HOUSING COUNSELOR OR AN ATTORNEY LICENSED IN WASHINGTON NOW** to assess your situation and refer you to mediation if you are eligible and it may help you save your home. See below for safe sources of help.

**SEEKING ASSISTANCE**

Housing counselors and legal assistance may be available at little or no cost to you. If you would like assistance in determining your rights and opportunities to keep your house, you may contact the following:

The statewide foreclosure hotline for assistance and referral to housing counselors recommended by the Housing Finance Commission: Toll-free: **1-877-894-HOME (1-877-894-4663)** or Web site: http://www.dfi.wa.gov/consumers/homeownership/post_purchase_counselors_foreclosure.htm

The United States Department of Housing and Urban Development: Toll-free: **1-800-569-4287** or National Web Site: http://portal.hud.gov/hudportal/HUD or for Local counseling agencies in Washington: http://www.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=WA&filterSvc=dfc

The statewide civil legal aid hotline for assistance and referrals to other housing counselors and attorneys: Telephone: **1-800-606-4819** or Web site: http://nwjustice.org/what-clear

**Additional information provided by the Trustee:** If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the noteholders rights against the real property only. The Trustee's Sale Number is WA-15-675789-SW.

**QUALITY MAY BE CONSIDERED A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

Dated: 7|23|2018

Quality Loan Service Corp. of Washington, as Trustee
By: Jessica Junk, Assistant Secretary

Trustee's Mailing Address:
Quality Loan Service Corp. of Washington
411 Ivy Street, San Diego, CA 92101

Trustee's Physical Address:
Quality Loan Service Corp. of Washington
108 1st Ave South, Suite 202, Seattle, WA 98104

For questions call toll-free: (866) 925-0241

Trustee Sale Number: WA-15-675789-SW

Sale Line: 916-939-0772 or Login to: http://wa.qualityloan.com

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of: Washington
County of: King

On 7.23.18 before me, **Meesha Batson** a notary public, personally appeared Jessica Junk, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Washington that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.          (Seal)

Signature          **Meesha Batson**

MEESHA BATSON
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
AUGUST 9, 2021

EXHIBIT 10G

WHEN RECORDED MAIL TO:
Quality Loan Service Corp. of Washington
108 1st Ave South, Suite 202,
Seattle, WA 98104

Trustee Sale No.: WA-15-675789-SW
Title Order No.: 150165623-WA-MSI

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# NOTICE OF TRUSTEE'S SALE

Pursuant to the Revised Code of Washington 61.24, et seq.

Reference Number of Deed of Trust: Instrument No. 20061117002321
Parcel Number(s): 713791-0300-08
Grantor(s) for Recording Purposes under RCW 65.04.015: **TATYANA LYSYY AND VASILIY LYSYY, HUSBAND AND WIFE**
Current Beneficiary of the Deed of Trust and Grantee (for Recording Purposes under RCW 65.04.015): **Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-1**
Current Trustee of the Deed of Trust: Quality Loan Service Corporation of Washington
Current Loan Mortgage Servicer of the Deed of Trust: **Select Portfolio Servicing, Inc.**

I.       **NOTICE IS HEREBY GIVEN** that Quality Loan Service Corp. of Washington, the undersigned Trustee, will on 9/13/2019, at 10:00 AM At the 4th Ave entrance to the King County Administration Building, located one block east of the Courthouse, 500 4th Ave, Seattle, WA 98104 sell at public auction to the highest and best bidder, payable in the form of credit bid or cash bid in the form of cashier's check or certified checks from federally or State chartered banks, at the time of sale the following described real property, situated in the County of **KING**, State of **Washington**, to-wit:

**LOT 30, RAINIER RIDGE DIVISION NO. II, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 164 OF PLATS, PAGES 64 THROUGH 66, RECORDS OF KING COUNTY, WASHINGTON.**

More commonly known as: **12921 SE 318TH WAY, AUBURN, WA 98092**

Subject to that certain Deed of Trust dated 11/9/2006, recorded 11/17/2006, under Instrument No. 20061117002321 records of KING County, Washington, from TATYANA LYSYY AND VASILIY LYSYY, HUSBAND AND WIFE, as grantor(s), to THE TALON GROUP, as original trustee, to secure an obligation in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR PMC BANCORP, ITS SUCCESSORS AND ASSIGNS, as original beneficiary, the beneficial interest in which was subsequently assigned to **Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-1**, the Beneficiary, under an assignment recorded under Auditors File Number **20110919000413**

II.      No action commenced by the Beneficiary of the Deed of Trust as referenced in RCW 61.21.030(4) is now pending to seek satisfaction of the obligation in any Court by reason of the Borrower's or Grantor's default on the obligation secured by the Deed of Trust/Mortgage.

III.    The default(s) for which this foreclosure is made is/are as follows: Failure to pay when due the following amounts which are now in arrears: **$135,840.65.**

IV.    The sum owing on the obligation secured by the Deed of Trust is: The principal sum of $249,500.00, together with interest as provided in the Note from 3/1/2010 on, and such other costs and fees as are provided by statute.

V.    The above-described real property will be sold to satisfy the expense of sale and the obligation secured by the Deed of Trust as provided by statute. Said sale will be made without warranty, expressed or implied, regarding title, possession or encumbrances on 9/13/2019. The defaults referred to in Paragraph III must be cured by 9/2/2019 (11 days before the sale date), or by other date as permitted in the Note or Deed of Trust, to cause a discontinuance of the sale. The sale will be discontinued and terminated if at any time before 9/2/2019 (11 days before the sale), or by other date as permitted in the Note or Deed of Trust, the default as set forth in Paragraph III is cured and the Trustee's fees and costs are paid. Payment must be in cash or with cashiers or certified checks from a State or federally chartered bank. The sale may be terminated any time after the 9/2/2019 (11 days before the sale date) and before the sale, by the Borrower or Grantor or the holder of any recorded junior lien or encumbrance by paying the principal and interest, plus costs, fees and advances, if any, made pursuant to the terms of the obligation and/or Deed of Trust, and curing all other defaults.

VI.    A written Notice of Default was transmitted by the Beneficiary or Trustee to the Borrower(s) and Grantor(s) by both first class and certified mail, proof of which is in the possession of the Trustee; and the Borrower and Grantor were personally served, if applicable, with said written Notice of Default or the written Notice of Default was posted in a conspicuous place on the real property described in Paragraph I above, and the Trustee has possession of proof of such service or posting. The list of recipients of the Notice of Default is listed within the Notice of Foreclosure provided to the Borrower(s) and Grantor(s). These requirements were completed as of **5/22/2017.**

VII.    The Trustee whose name and address are set forth below will provide in writing to anyone requesting it, a statement of all costs and fees due at any time prior to the sale.

VIII.    The effect of the sale will be to deprive the Grantor and all those who hold by, through or under the Grantor of all their interest in the above-described property

IX.    Anyone having any objections to this sale on any grounds whatsoever will be afforded an opportunity to be heard as to those objections if they bring a lawsuit to restrain the sale pursuant to RCW 61.24.130. Failure to bring such a lawsuit may result in a waiver of any proper grounds for invalidating the Trustee's sale.

X.    NOTICE TO OCCUPANTS OR TENANTS – The purchaser at the Trustee's Sale is entitled to possession of the property on the 20th day following the sale, as against the Grantor under the deed of trust (the owner) and anyone having an interest junior to the deed of trust, including occupants who are not tenants. After the 20th day following the sale the purchaser has the right to evict occupants who are not tenants by summary proceedings under Chapter 59.12 RCW. For tenant-occupied property, the purchaser shall provide a tenant with written notice in accordance with RCW 61.24.060.

### THIS NOTICE IS THE FINAL STEP BEFORE THE FORECLOSURE SALE OF YOUR HOME.

You have only 20 DAYS from the recording date of this notice to pursue mediation.

**DO NOT DELAY. CONTACT A HOUSING COUNSELOR OR AN ATTORNEY LICENSED IN WASHINGTON NOW** to assess your situation and refer you to mediation if you are eligible and it may help you save your home. See below for safe sources of help.

### SEEKING ASSISTANCE

Housing counselors and legal assistance may be available at little or no cost to you. If you would like assistance in determining your rights and opportunities to keep your house, you may contact the following:

The statewide foreclosure hotline for assistance and referral to housing counselors recommended by the Housing Finance Commission: Toll-free: **1-877-894-HOME (1-877-894-4663)** or Web site: http://www.dfi.wa.gov/consumers/homeownership/post_purchase_counselors_foreclosure.htm

The United States Department of Housing and Urban Development: Toll-free: **1-800-569-4287** or National Web Site: http://portal.hud.gov/hudportal/HUD or for Local counseling agencies in Washington: http://www.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=WA&filterSvc=dfc

The statewide civil legal aid hotline for assistance and referrals to other housing counselors and attorneys: Telephone: **1-800-606-4819** or Web site: http://nwjustice.org/what-clear

**Additional information provided by the Trustee:** If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the noteholders rights against the real property only. The Trustee's Sale Number is WA-15-675789-SW.

**QUALITY MAY BE CONSIDERED A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Dated: 5-8-2019

Quality Loan Service Corp. of Washington, as Trustee
By: Jessica Junk, Assistant Secretary

Trustee's Address:
Quality Loan Service Corp. of Washington
108 1st Ave South, Suite 202, Seattle, WA 98104

For questions call toll-free: (866) 925-0241     Trustee Sale Number: WA-15-675789-SW

Sale Line: 916-939-0772 or Login to: **http://wa.qualityloan.com**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of: Washington
County of: King

On **MAY 08 2019** before me, _____**Meesha Batson**_____ a notary public, personally appeared _____**Jessica Junk**_____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Washington that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.          (Seal)

Signature
**Meesha Batson**

MEESHA BATSON
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
AUGUST 9, 2021

EXHIBIT 10H

WHEN RECORDED MAIL TO:
**Quality Loan Service Corp. of Washington**
**108 1st Ave South, Suite 202**
**Seattle, WA 98104**

TS No.: **WA-15-675789-SW**                     SPACE ABOVE THIS LINE FOR RECORDER'S USE
APN No.: **713791-0300-08**
Title Order No.: **150165623-WA-MSI**

## AMENDED NOTICE OF TRUSTEE'S SALE

Pursuant to the Revised Code of Washington 61.24.130(4)

Reference Number of Deed of Trust: **Instrument No. 20061117002321**
Parcel Number(s): **713791-0300-08**
Grantor(s) for Recording Purposes under RCW 65.04.015: **TATYANA LYSYY AND VASILIY LYSYY, HUSBAND AND WIFE**
Current Beneficiary of the Deed of Trust and Grantee (for Recording Purposes under RCW 65.04.015):
**Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-1**
Current Trustee of the Deed of Trust: **Quality Loan Service Corporation of Washington**
Current Loan Mortgage Servicer of the Deed of Trust: **Select Portfolio Servicing, Inc.**

As the federal bankruptcy stay has been lifted, this an amended notice as to the Notice of Trustee's Sale recorded **5/8/2019** under **KING** County Auditor Instrument Number **20190508001163**.

I.       **NOTICE IS HEREBY GIVEN** that Quality Loan Service Corp. of Washington, the undersigned Trustee, will on **3/27/2020**, at **10:00 AM At the 4th Ave entrance to the King County Administration Building, located one block east of the Courthouse, 500 4th Ave, Seattle, WA 98104** sell at public auction to the highest and best bidder, payable in the form of credit bid or cash bid in the form of cashier's check or certified checks from federally or State chartered banks, at the time of sale the following described real property, situated in the County of **KING**, State of **Washington,**

**LOT 30, RAINIER RIDGE DIVISION NO. II, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 164 OF PLATS, PAGES 64 THROUGH 66, RECORDS OF KING COUNTY, WASHINGTON.**

More commonly known as: **12921 SE 318TH WAY, AUBURN, WA 98092**

which is subject to that certain Deed of Trust dated **11/9/2006**, recorded **11/17/2006**, under **Instrument No. 20061117002321** records of **KING** County, Washington, from **TATYANA LYSYY AND VASILIY LYSYY, HUSBAND AND WIFE**, as grantor(s), to **THE TALON GROUP**, as original trustee, to secure an obligation in favor of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR PMC BANCORP, ITS SUCCESSORS AND ASSIGNS**, as original beneficiary, the beneficial interest in which was subsequently assigned to **Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-1**, the Beneficiary, under an assignment recorded under Auditors File Number **20110919000413**

II.     No action commenced by the Beneficiary of the Deed of Trust as referenced in RCW 61.21.030(4) is now pending to seek satisfaction of the obligation in any Court by reason of the Borrower's or Grantor's default on the obligation secured by the Deed of Trust/Mortgage.

III.    The default(s) for which this foreclosure is made is/are as follows: Failure to pay when due the following amounts which are now in arrears: **$160,094.98**.

IV.    The sum owing on the obligation secured by the Deed of Trust is: The principal sum of **$249,500.00**, together with interest as provided in the Note from **3/1/2010** on, and such other costs and fees as are provided by statute.

V.     The above-described real property will be sold to satisfy the expense of sale and the obligation secured by the Deed of Trust as provided by statute. Said sale will be made without warranty, expressed or implied, regarding title, possession or encumbrances on **3/27/2020**. The defaults referred to in Paragraph III must be cured by **3/16/2020** (11 days before the sale date), subject to the terms of the Note and Deed of Trust, to cause a discontinuance of the sale. The sale will be discontinued and terminated if at any time before **3/16/2020** (11 days before the sale), subject to the terms of the Note and Deed of Trust, the default as set forth in Paragraph III is cured and the Trustee's fees and costs are paid. Payment must be in cash or with cashiers or certified checks from a State or federally chartered bank. The sale may be terminated any time after the **3/16/2020** (11 days before the sale date) and before the sale, by the Borrower or Grantor or the holder of any recorded junior lien or encumbrance by paying the principal and interest, plus costs, fees and advances, if any, made pursuant to the terms of the obligation and/or Deed of Trust, and curing all other defaults.

VI.    A written Notice of Default was transmitted by the Beneficiary or Trustee to the Borrower(s) and Grantor(s) by both first class and certified mail, proof of which is in the possession of the Trustee; and the Borrower and Grantor were personally served, if applicable, with said written Notice of Default or the written Notice of Default was posted in a conspicuous place on the real property described in Paragraph I above, and the Trustee has possession of proof of such service or posting. The list of recipients of the Notice of Default is listed within the Notice of Foreclosure provided to the Borrower(s) and Grantor(s). These requirements were completed as of **5/22/2017**.

VII.   The Trustee whose name and address are set forth below will provide in writing to anyone requesting it, a statement of all costs and fees due at any time prior to the sale.

VIII.  The effect of the sale will be to deprive the Grantor and all those who hold by, through or under the Grantor of all their interest in the above-described property.

IX.    Anyone having any objections to this sale on any grounds whatsoever will be afforded an opportunity to be heard as to those objections if they bring a lawsuit to restrain the sale pursuant to RCW 61.24.130. Failure to bring such a lawsuit may result in a waiver of any proper grounds for invalidating the Trustee's sale.

X.     NOTICE TO OCCUPANTS OR TENANTS – The purchaser at the Trustee's Sale is entitled to possession of the property on the 20th day following the sale, as against the Grantor under the deed of trust (the owner) and anyone having an interest junior to the deed of trust, including occupants who are not tenants. After the 20th day following the sale the purchaser has the right to evict occupants who are not tenants by summary proceedings under Chapter 59.12 RCW. For tenant-occupied property, the purchaser shall provide a tenant with written notice in accordance with RCW 61.24.060.

**Additional Information provided by the Trustee:** If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan, in which case this letter is intended to exercise the Note holders right's against the real property only. The Trustee's Sale Number is WA-15-675789-SW.

**QUALITY MAY BE CONSIDERED A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Dated: 2 | 19 | 2020

_____
Quality Loan Service Corp. of Washington, as Trustee
By Patrick Lynch, Assistant Secretary

Trustee's Address:
Quality Loan Service Corp. of Washington
108 1ˢᵗ Ave South, Suite 202, Seattle, WA 98104
For questions call toll-free: (866) 925-0241     Trustee Sale Number: WA-15-675789-SW

Sale Line: 916-939-0772 or Login to: **http://wa.qualityloan.com**

A notary public or other officer completing this certificate verifies only the identity of the individual who
signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of
that document.

State of: Washington
County of: King

On FEB 1 9 2020 _____ before me, **Meesha Batson** _____ a notary public, personally
appeared Patrick Lynch _____, who proved to me on the basis of satisfactory evidence to
be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that
he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted,
executed the instrument.

I certify under *PENALTY OF PERJURY* under the laws of the State of Washington that the
foregoing paragraph is true and correct.

WITNESS my hand and official seal.          (Seal)

_____
Signature          **Meesha Batson**

MEESHA BATSON
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
AUGUST 9, 2021

EXHIBIT 10I

WHEN RECORDED MAIL TO:
**Quality Loan Service Corp. of Washington**
**108 1ˢᵗ Ave South, Suite 202**
**Seattle, WA 98104**

Trustee Sale No.: **WA-15-675789-SW**              SPACE ABOVE THIS LINE FOR RECORDER'S USE
Title Order No.:  **150165623-WA-MSI**

# NOTICE OF TRUSTEE'S SALE

Pursuant to the Revised Code of Washington 61.24, et seq.

Reference Number of Deed of Trust: **Instrument No. 20061117002321**
Parcel Number(s): 713791-0300-08
Grantor(s) for Recording Purposes under RCW 65.04.015: **TATYANA LYSYY AND VASILIY LYSYY, HUSBAND AND WIFE**
Current Beneficiary of the Deed of Trust and Grantee (for Recording Purposes under RCW 65.04.015): **Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-1**
Current Trustee of the Deed of Trust: **Quality Loan Service Corporation of Washington**
Current Loan Mortgage Servicer of the Deed of Trust: **Select Portfolio Servicing, Inc.**

I.      **NOTICE IS HEREBY GIVEN** that Quality Loan Service Corp. of Washington, the undersigned Trustee, will on **4/30/2021**, at **9:00 AM at the Main Entrance to the King County Administration Building, 500 4th Avenue, Seattle, WA 98104** sell at public auction to the highest and best bidder, payable in the form of credit bid or cash bid in the form of cashier's check or certified checks from federally or State chartered banks, at the time of sale the following described real property, situated in the County of **KING**, State of **Washington**, to-wit:

**LOT 30, RAINIER RIDGE DIVISION NO. II, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 164 OF PLATS, PAGES 64 THROUGH 66, RECORDS OF KING COUNTY, WASHINGTON.**

More commonly known as: **12921 SE 318TH WAY, AUBURN, WA 98092**

Subject to that certain Deed of Trust dated **11/9/2006**, recorded **11/17/2006**, under **Instrument No. 20061117002321** records of **KING** County, Washington, from **TATYANA LYSYY AND VASILIY LYSYY, HUSBAND AND WIFE**, as grantor(s), to **THE TALON GROUP**, as original trustee, to secure an obligation in favor of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR PMC BANCORP, ITS SUCCESSORS AND ASSIGNS**, as original beneficiary, the beneficial interest in which was subsequently assigned to **Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-1**, the Beneficiary, under an assignment recorded under Auditors File Number **20110919000413**

II.     No action commenced by the Beneficiary of the Deed of Trust as referenced in RCW 61.21.030(4) is now pending to seek satisfaction of the obligation in any Court by reason of the Borrower's or Grantor's default on the obligation secured by the Deed of Trust/Mortgage.

III.     The default(s) for which this foreclosure is made is/are as follows: Failure to pay when due the following amounts which are now in arrears: **$182,098.62**.

IV.     The sum owing on the obligation secured by the Deed of Trust is: The principal sum of **$249,500.00**, together with interest as provided in the Note from **3/1/2010** on, and such other costs, fees, and charges as are due under the Note, Deed of Trust, or other instrument secured, and as are provided by statute.

V.      The above-described real property will be sold to satisfy the expense of sale and the obligation secured by the Deed of Trust as provided by statute. Said sale will be made without warranty, expressed or implied, regarding title, possession or encumbrances on **4/30/2021**. The defaults referred to in Paragraph III must be cured by **4/19/2021** (11 days before the sale date), or by other date as permitted in the Note or Deed of Trust, to cause a discontinuance of the sale. The sale will be discontinued and terminated if at any time before **4/19/2021** (11 days before the sale), or by other date as permitted in the Note or Deed of Trust, the default as set forth in Paragraph III is cured and the Trustee's fees and costs are paid. Payment must be in cash or with cashiers or certified checks from a State or federally chartered bank. The sale may be terminated any time after the **4/19/2021** (11 days before the sale date) and before the sale, by the Borrower or Grantor or the holder of any recorded junior lien or encumbrance by paying the principal and interest, plus costs, fees and advances, if any, made pursuant to the terms of the obligation and/or Deed of Trust, and curing all other defaults.

VI.     A written Notice of Default was transmitted by the Beneficiary or Trustee to the Borrower(s) and Grantor(s) by both first class and certified mail, proof of which is in the possession of the Trustee; and the Borrower and Grantor were personally served, if applicable, with said written Notice of Default or the written Notice of Default was posted in a conspicuous place on the real property described in Paragraph I above, and the Trustee has possession of proof of such service or posting. The list of recipients of the Notice of Default is listed within the Notice of Foreclosure provided to the Borrower(s) and Grantor(s). These requirements were completed as of **5/22/2017**.

VII.    The Trustee whose name and address are set forth below will provide in writing to anyone requesting it, a statement of all costs and fees due at any time prior to the sale.

VIII.   The effect of the sale will be to deprive the Grantor and all those who hold by, through or under the Grantor of all their interest in the above-described property.

IX.     Anyone having any objections to this sale on any grounds whatsoever will be afforded an opportunity to be heard as to those objections if they bring a lawsuit to restrain the sale pursuant to RCW 61.24.130. Failure to bring such a lawsuit may result in a waiver of any proper grounds for invalidating the Trustee's sale.

X.      NOTICE TO OCCUPANTS OR TENANTS – The purchaser at the Trustee's Sale is entitled to possession of the property on the 20th day following the sale, as against the Grantor under the deed of trust (the owner) and anyone having an interest junior to the deed of trust, including occupants who are not tenants. After the 20th day following the sale the purchaser has the right to evict occupants who are not tenants by summary proceedings under Chapter 59.12 RCW. For tenant-occupied property, the purchaser shall provide a tenant with written notice in accordance with RCW 61.24.060.

**THIS NOTICE IS THE FINAL STEP BEFORE THE FORECLOSURE SALE OF YOUR HOME.**

You may be eligible for mediation. You have only 20 DAYS from the recording date of this notice to pursue mediation.

**DO NOT DELAY. CONTACT A HOUSING COUNSELOR OR AN ATTORNEY LICENSED IN WASHINGTON NOW** to assess your situation and refer you to mediation if you are eligible and it may help you save your home. See below for safe sources of help.

**SEEKING ASSISTANCE**

Housing counselors and legal assistance may be available at little or no cost to you. If you would like assistance in determining your rights and opportunities to keep your house, you may contact the following:

The statewide foreclosure hotline for assistance and referral to housing counselors recommended by the Housing Finance Commission: Toll-free: **1-877-894-HOME (1-877-894-4663)** or Web site: http://www.dfi.wa.gov/consumers/homeownership/post_purchase_counselors_foreclosure.htm

The United States Department of Housing and Urban Development: Toll-free: **1-800-569-4287** or National Web Site: http://portal.hud.gov/hudportal/HUD or for Local counseling agencies in Washington: http://www.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=WA&filterSvc=dfc

The statewide civil legal aid hotline for assistance and referrals to other housing counselors and attorneys: Telephone: **1-800-606-4819** or Web site: http://nwjustice.org/what-clear

Additional information provided by the Trustee: If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the noteholders rights against the real property only. The Trustee's Sale Number is WA-15-675789-SW.

QUALITY MAY BE CONSIDERED A DEBT COLLECTOR ATTEMPTING TO COLLECT A
DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

Dated: 12/15/2020

_____
Quality Loan Service Corp. of Washington, as Trustee
By: Jeff Stenman, President

Trustee's Address:
Quality Loan Service Corp. of Washington
108 1st Ave South, Suite 202, Seattle, WA 98104

For questions call toll-free: (866) 925-0241     Trustee Sale Number: WA-15-675789-SW

Sale Line: 800-280-2832 or Login to: http://wa.qualityloan.com

A notary public or other officer completing this certificate verifies only the identity of the individual who
signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of
that document.

State of: Washington )
County of: King )

On Dec 15, 2020 before me, _____ Aili Stenman _____ a notary public, personally
appeared Jeff Stenman _____, who proved to me on the basis of satisfactory evidence to
be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that
he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted,
executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Washington that the
foregoing paragraph is true and correct.

WITNESS my hand and official seal.          (Seal)

_____
Signature        Aili Stenman

```
AILI STENMAN
Notary Public
State of Washington
Commission # 20101179
My Comm. Expires Dec 13, 2023
```

EXHIBIT 10J

WHEN RECORDED MAIL TO:
Quality Loan Service Corp. of Washington
108 1st Ave South, Suite 202
Seattle, WA 98104

TS No.: **WA-15-675789-SW**                SPACE ABOVE THIS LINE FOR RECORDER'S USE
APN No.: **713791-0300-08**
Title Order No.: **150165623-WA-MSI**

# AMENDED NOTICE OF TRUSTEE'S SALE

Pursuant to the Revised Code of Washington 61.24.130(4)

Reference Number of Deed of Trust: **Instrument No. 20061117002321**
Parcel Number(s): **713791-0300-08**
Grantor(s) for Recording Purposes under RCW 65.04.015: **TATYANA LYSYY AND VASILIY LYSYY, HUSBAND AND WIFE**
Current Beneficiary of the Deed of Trust and Grantee (for Recording Purposes under RCW 65.04.015):
**Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-1**
Current Trustee of the Deed of Trust: **Quality Loan Service Corporation of Washington**
Current Loan Mortgage Servicer of the Deed of Trust: **Select Portfolio Servicing, Inc.**

As the federal bankruptcy stay has been lifted, this an amended notice as to the Notice of Trustee's Sale recorded 12/15/2020 under KING County Auditor Instrument Number 20201215002363.

I.      **NOTICE IS HEREBY GIVEN** that Quality Loan Service Corp. of Washington, the undersigned Trustee, will on **10/29/2021**, at **9:00 AM At the Main Entrance to the King County Administration Building, 500 4th Avenue, Seattle, WA 98104** sell at public auction to the highest and best bidder, payable in the form of credit bid or cash bid in the form of cashier's check or certified checks from federally or State chartered banks, at the time of sale the following described real property, situated in the County of **KING**, State of Washington,

**LOT 30, RAINIER RIDGE DIVISION NO. II, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 164 OF PLATS, PAGES 64 THROUGH 66, RECORDS OF KING COUNTY, WASHINGTON.**

More commonly known as: **12921 SE 318TH WAY, AUBURN, WA 98092**

which is subject to that certain Deed of Trust dated 11/9/2006, recorded 11/17/2006, under **Instrument No. 20061117002321** records of KING County, Washington, from **TATYANA LYSYY AND VASILIY LYSYY, HUSBAND AND WIFE**, as grantor(s), to **THE TALON GROUP**, as original trustee, to secure an obligation in favor of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR PMC BANCORP, ITS SUCCESSORS AND ASSIGNS**, as original beneficiary, the beneficial interest in which was subsequently assigned to **Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-1**, the Beneficiary, under an assignment recorded under Auditors File Number **20110919000413**

II.     No action commenced by the Beneficiary of the Deed of Trust as referenced in RCW 61.21.030(4) is now pending to seek satisfaction of the obligation in any Court by reason of the Borrower's or Grantor's default on the obligation secured by the Deed of Trust/Mortgage.

III.    The default(s) for which this foreclosure is made is/are as follows: Failure to pay when due the following amounts which are now in arrears: **$205,890.01.**

IV.     The sum owing on the obligation secured by the Deed of Trust is: The principal sum of **$249,500.00,** together with interest as provided in the Note from **3/1/2010** on, and such other costs and fees as are provided by statute.

V.      The above-described real property will be sold to satisfy the expense of sale and the obligation secured by the Deed of Trust as provided by statute. Said sale will be made without warranty, expressed or implied, regarding title, possession or encumbrances on **10/29/2021**. The defaults referred to in Paragraph III must be cured by **10/18/2021** (11 days before the sale date), subject to the terms of the Note and Deed of Trust, to cause a discontinuance of the sale. The sale will be discontinued and terminated if at any time before **10/18/2021** (11 days before the sale), subject to the terms of the Note and Deed of Trust, the default as set forth in Paragraph III is cured and the Trustee's fees and costs are paid. Payment must be in cash or with cashiers or certified checks from a State or federally chartered bank. The sale may be terminated any time after the **10/18/2021** (11 days before the sale date) and before the sale, by the Borrower or Grantor or the holder of any recorded junior lien or encumbrance by paying the principal and interest, plus costs, fees and advances, if any, made pursuant to the terms of the obligation and/or Deed of Trust, and curing all other defaults.

VI.     A written Notice of Default was transmitted by the Beneficiary or Trustee to the Borrower(s) and Grantor(s) by both first class and certified mail, proof of which is in the possession of the Trustee; and the Borrower and Grantor were personally served, if applicable, with said written Notice of Default or the written Notice of Default was posted in a conspicuous place on the real property described in Paragraph I above, and the Trustee has possession of proof of such service or posting. The list of recipients of the Notice of Default is listed within the Notice of Foreclosure provided to the Borrower(s) and Grantor(s). These requirements were completed as of **5/22/2017.**

VII.    The Trustee whose name and address are set forth below will provide in writing to anyone requesting it, a statement of all costs and fees due at any time prior to the sale.

VIII.   The effect of the sale will be to deprive the Grantor and all those who hold by, through or under the Grantor of all their interest in the above-described property.

IX.     Anyone having any objections to this sale on any grounds whatsoever will be afforded an opportunity to be heard as to those objections if they bring a lawsuit to restrain the sale pursuant to RCW 61.24.130. Failure to bring such a lawsuit may result in a waiver of any proper grounds for invalidating the Trustee's sale.

X.      NOTICE TO OCCUPANTS OR TENANTS – The purchaser at the Trustee's Sale is entitled to possession of the property on the 20th day following the sale, as against the Grantor under the deed of trust (the owner) and anyone having an interest junior to the deed of trust, including occupants who are not tenants. After the 20th day following the sale the purchaser has the right to evict occupants who are not tenants by summary proceedings under Chapter 59.12 RCW. For tenant-occupied property, the purchaser shall provide a tenant with written notice in accordance with RCW 61.24.060.

**Additional Information provided by the Trustee:** If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan, in which case this letter is intended to exercise the Note holders right's against the real property only. The Trustee's Sale Number is WA-15-675789-SW.

**QUALITY MAY BE CONSIDERED A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Dated: 9/10/21

Quality Loan Service Corp. of Washington, as Trustee
By: Jeff Stenman, President

Trustee's Address:
Quality Loan Service Corp. of Washington
108 1st Ave South, Suite 202, Seattle, WA 98104

For questions call toll-free: (866) 925-0241     Trustee Sale Number: WA-15-675789-SW

Sale Line: 800-280-2832 or Login to: http://wa.qualityloan.com

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of: Washington )
County of: King )

On SEP 1 0 2021 before me, Aili Stenman a notary public, personally appeared Jeff Stenman who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under *PENALTY OF PERJURY* under the laws of the State of Washington that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.     (Seal)

Signature

AILI STENMAN
Notary Public
State of Washington
Commission # 20101179
My Comm. Expires Dec 13, 2023

EXHIBIT 10K

WHEN RECORDED MAIL TO:
QUALITY LOAN SERVICE CORPORATION F/K/A
QUALITY LOAN SERVICE CORPORATION OF
WASHINGTON
108 1st Ave South, Suite 450
Seattle, WA 98104

Trustee Sale No.: **WA-15-675789-SW**          SPACE ABOVE THIS LINE FOR RECORDER'S USE
Title Order No.: **150165623-WA-MSI**

# NOTICE OF TRUSTEE'S SALE

Pursuant to the Revised Code of Washington 61.24, et seq.

Reference Number of Deed of Trust: **Instrument No. 20061117002321**
Parcel Number(s): 713791-0300-08
Grantor(s) for Recording Purposes under RCW 65.04.015: **TATYANA LYSYY AND VASILIY LYSYY, HUSBAND AND WIFE**
Current Beneficiary of the Deed of Trust and Grantee (for Recording Purposes under RCW 65.04.015): **Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-1**
Current Trustee of the Deed of Trust: **QUALITY LOAN SERVICE CORPORATION F/K/A QUALITY LOAN SERVICE CORPORATION OF WASHINGTON**
Current Loan Mortgage Servicer of the Deed of Trust: **Select Portfolio Servicing, Inc.**

I.          **NOTICE IS HEREBY GIVEN** that QUALITY LOAN SERVICE CORPORATION F/K/A QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, the undersigned Trustee, will on 5/19/2023, at 9:00 AM At the Main Entrance to the King County Administration Building, 500 4th Avenue, Seattle, WA 98104 sell at public auction to the highest and best bidder, payable in the form of credit bid or cash bid in the form of cashier's check or certified checks from federally or State chartered banks, at the time of sale the following described real property, situated in the County of **KING**, State of **Washington**, to-wit:

**LOT 30, RAINIER RIDGE DIVISION NO. II, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 164 OF PLATS, PAGES 64 THROUGH 66, RECORDS OF KING COUNTY, WASHINGTON.**

More commonly known as: **12921 SE 318TH WAY, AUBURN, WA 98092**

Subject to that certain Deed of Trust dated 11/9/2006, recorded 11/17/2006, under Instrument No. 20061117002321 records of KING County, Washington, from TATYANA LYSYY AND VASILIY LYSYY, HUSBAND AND WIFE, as grantor(s), to THE TALON GROUP, as original trustee, to secure an obligation in favor of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR PMC BANCORP, ITS SUCCESSORS AND ASSIGNS**, as original beneficiary, the beneficial interest in which was subsequently assigned to **Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-1**, the Beneficiary, under an assignment recorded under Auditors File Number 20110919000413

II.     No action commenced by the Beneficiary of the Deed of Trust as referenced in RCW 61.21.030(4) is now pending to seek satisfaction of the obligation in any Court by reason of the Borrower's or Grantor's default on the obligation secured by the Deed of Trust/Mortgage.

III.    The default(s) for which this foreclosure is made is/are as follows: Failure to pay when due the following amounts which are now in arrears: **$242,330.53.**

IV.     The sum owing on the obligation secured by the Deed of Trust is: The principal sum of **$249,500.00,** together with interest as provided in the Note from 3/1/2010 on, and such other costs, fees, and charges as are due under the Note, Deed of Trust, or other instrument secured, and as are provided by statute.

V.      The above-described real property will be sold to satisfy the expense of sale and the obligation secured by the Deed of Trust as provided by statute. Said sale will be made without warranty, expressed or implied, regarding title, possession or encumbrances on 5/19/2023. The defaults referred to in Paragraph III must be cured by 5/8/2023 (11 days before the sale date), or by other date as permitted in the Note or Deed of Trust, to cause a discontinuance of the sale. The sale will be discontinued and terminated if at any time before 5/8/2023 (11 days before the sale), or by other date as permitted in the Note or Deed of Trust, the default as set forth in Paragraph III is cured and the Trustee's fees and costs are paid. Payment must be in cash or with cashiers or certified checks from a State or federally chartered bank. The sale may be terminated any time after the 5/8/2023 (11 days before the sale date) and before the sale, by the Borrower or Grantor or the holder of any recorded junior lien or encumbrance by paying the principal and interest, plus costs, fees and advances, if any, made pursuant to the terms of the obligation and/or Deed of Trust, and curing all other defaults.

VI.     A written Notice of Default was transmitted by the Beneficiary or Trustee to the Borrower(s) and Grantor(s) by both first class and certified mail, proof of which is in the possession of the Trustee; and the Borrower and Grantor were personally served, if applicable, with said written Notice of Default or the written Notice of Default was posted in a conspicuous place on the real property described in Paragraph I above, and the Trustee has possession of proof of such service or posting. The list of recipients of the Notice of Default is listed within the Notice of Foreclosure provided to the Borrower(s) and Grantor(s). These requirements were completed as of 5/22/2017.

VII.    The Trustee whose name and address are set forth below will provide in writing to anyone requesting it, a statement of all costs and fees due at any time prior to the sale.

VIII.   The effect of the sale will be to deprive the Grantor and all those who hold by, through or under the Grantor of all their interest in the above-described property.

IX.     Anyone having any objections to this sale on any grounds whatsoever will be afforded an opportunity to be heard as to those objections if they bring a lawsuit to restrain the sale pursuant to RCW 61.24.130. Failure to bring such a lawsuit may result in a waiver of any proper grounds for invalidating the Trustee's sale.

X.      NOTICE TO OCCUPANTS OR TENANTS – The purchaser at the Trustee's Sale is entitled to possession of the property on the 20th day following the sale, as against the Grantor under the deed of trust (the owner) and anyone having an interest junior to the deed of trust, including occupants who are not tenants. After the 20th day following the sale the purchaser has the right to evict occupants who are not tenants by summary proceedings under Chapter 59.12 RCW. For tenant-occupied property, the purchaser shall provide a tenant with written notice in accordance with RCW 61.24.060.

**THIS NOTICE IS THE FINAL STEP BEFORE THE FORECLOSURE SALE OF YOUR HOME.**

You may be eligible for mediation. You have only 20 DAYS from the recording date of this notice to pursue mediation.

**DO NOT DELAY. CONTACT A HOUSING COUNSELOR OR AN ATTORNEY LICENSED IN WASHINGTON NOW** to assess your situation and refer you to mediation if you are eligible and it may help you save your home. See below for safe sources of help.

### SEEKING ASSISTANCE

Housing counselors and legal assistance may be available at little or no cost to you. If you would like assistance in determining your rights and opportunities to keep your house, you may contact the following:

The statewide foreclosure hotline for assistance and referral to housing counselors recommended by the Housing Finance Commission: Toll-free: **1-877-894-HOME (1-877-894-4663)** or Web site: http://www.dfi.wa.gov/consumers/homeownership/post_purchase_counselors_foreclosure.htm

The United States Department of Housing and Urban Development: Toll-free: **1-800-569-4287** or National Web Site: http://portal.hud.gov/hudportal/HUD or for Local counseling agencies in Washington: http://www.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=WA&filterSvc=dfc

The statewide civil legal aid hotline for assistance and referrals to other housing counselors and attorneys: Telephone: **1-800-606-4819** or Web site: http://nwjustice.org/what-clear

**Additional information provided by the Trustee:** If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the noteholders rights against the real property only. The Trustee's Sale Number is WA-15-675789-SW.

**QUALITY MAY BE CONSIDERED A DEBT COLLECTOR ATTEMPTING TO COLLECT A
DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

Dated: 1/5/23

QUALITY LOAN SERVICE CORPORATION F/K/A
QUALITY LOAN SERVICE CORPORATION OF
WASHINGTON, as Trustee
By: Jeff Stenman, President

Trustee's Address:
QUALITY LOAN SERVICE CORPORATION F/K/A
QUALITY LOAN SERVICE CORPORATION OF WASHINGTON
108 1st Ave South, Suite 450, Seattle, WA 98104

For questions call toll-free: (866) 925-0241    Trustee Sale Number: WA-15-675789-SW

Sale Line: 800-280-2832 or Login to: http://wa.qualityloan.com

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of: Washington )

County of: King )

On **JAN 0 5 2023** before me, **Aili Stenman** a notary public, personally

appeared **Jeff Stenman**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Washington that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.    (Seal)

Signature

AILI STENMAN
Notary Public
State of Washington
Commission # 20101179
My Comm. Expires Dec 13, 2023

EXHIBIT 10L

WHEN RECORDED MAIL TO:
QUALITY LOAN SERVICE CORPORATION
F/K/A QUALITY LOAN SERVICE
CORPORATION OF WASHINGTON
108 1ˢᵗ Ave South, Suite 450
Seattle, WA 98104

Trustee Sale No.: **WA-15-675789-SW**  SPACE ABOVE THIS LINE FOR RECORDER'S USE
Title Order No.: **150165623-WA-MSI**

# NOTICE OF TRUSTEE'S SALE
Pursuant to the Revised Code of Washington 61.24, et seq.

Reference Number of Deed of Trust: Instrument No. 20061117002321
Parcel Number(s): **713791-0300-08**
Grantor(s) for Recording Purposes under RCW 65.04.015: **TATYANA LYSYY AND VASILIY LYSYY,
HUSBAND AND WIFE**
Current Beneficiary of the Deed of Trust and Grantee (for Recording Purposes under RCW 65.04.015):
**Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured
Assets Corp. Mortgage Pass-Through Certificates Series 2007-1**
Current Trustee of the Deed of Trust: **QUALITY LOAN SERVICE CORPORATION F/K/A
QUALITY LOAN SERVICE CORPORATION OF WASHINGTON**
Current Loan Mortgage Servicer of the Deed of Trust: Select Portfolio Servicing, Inc.

I. **NOTICE IS HEREBY GIVEN** that QUALITY LOAN SERVICE CORPORATION F/K/A
QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, the undersigned Trustee, will on
**10/20/2023, at 9:00 AM At the Main Entrance to the King County Administration Building, 500 4th
Avenue, Seattle, WA 98104** sell at public auction to the highest and best bidder, payable in the form of credit
bid or cash bid in the form of cashier's check or certified checks from federally or State chartered banks, at the
time of sale the following described real property, situated in the County of **KING**, State of **Washington**, to-
wit:

**LOT 30, RAINIER RIDGE DIVISION NO. II, ACCORDING TO THE PLAT THEREOF
RECORDED IN VOLUME 164 OF PLATS, PAGES 64 THROUGH 66, RECORDS OF KING
COUNTY, WASHINGTON.**

More commonly known as: 12921 SE 318TH WAY, AUBURN, WA 98092

Subject to that certain Deed of Trust dated 11/9/2006, recorded 11/17/2006, under Instrument No.
20061117002321 records of KING County, Washington, from TATYANA LYSYY AND VASILIY
LYSYY, HUSBAND AND WIFE, as grantor(s), to THE TALON GROUP, as original trustee, to secure an
obligation in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE
FOR PMC BANCORP, ITS SUCCESSORS AND ASSIGNS, as original beneficiary, the beneficial interest
in which was subsequently assigned to Deutsche Bank National Trust Company, as trustee, on behalf of
the holders of the Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-1, the
Beneficiary, under an assignment recorded under Auditors File Number 20110919000413

II.     No action commenced by the Beneficiary of the Deed of Trust as referenced in RCW 61.21.030(4) is now pending to seek satisfaction of the obligation in any Court by reason of the Borrower's or Grantor's default on the obligation secured by the Deed of Trust/Mortgage.

III.    The default(s) for which this foreclosure is made is/are as follows: Failure to pay when due the following amounts which are now in arrears: **$259,237.30.**

IV.    The sum owing on the obligation secured by the Deed of Trust is: The principal sum of **$249,500.00**, together with interest as provided in the Note from 3/1/2010 on, and such other costs, fees, and charges as are due under the Note, Deed of Trust, or other instrument secured, and as are provided by statute.

V.     The above-described real property will be sold to satisfy the expense of sale and the obligation secured by the Deed of Trust as provided by statute. Said sale will be made without warranty, expressed or implied, regarding title, possession or encumbrances on **10/20/2023**. The defaults referred to in Paragraph III must be cured by **10/9/2023** (11 days before the sale date), or by other date as permitted in the Note or Deed of Trust, to cause a discontinuance of the sale. The sale will be discontinued and terminated if at any time before **10/9/2023** (11 days before the sale), or by other date as permitted in the Note or Deed of Trust, the default as set forth in Paragraph III is cured and the Trustee's fees and costs are paid. Payment must be in cash or with cashiers or certified checks from a State or federally chartered bank. The sale may be terminated any time after the **10/9/2023** (11 days before the sale date) and before the sale, by the Borrower or Grantor or the holder of any recorded junior lien or encumbrance by paying the principal and interest, plus costs, fees and advances, if any, made pursuant to the terms of the obligation and/or Deed of Trust, and curing all other defaults.

VI.    A written Notice of Default was transmitted by the Beneficiary or Trustee to the Borrower(s) and Grantor(s) by both first class and certified mail, proof of which is in the possession of the Trustee; and the Borrower and Grantor were personally served, if applicable, with said written Notice of Default or the written Notice of Default was posted in a conspicuous place on the real property described in Paragraph I above, and the Trustee has possession of proof of such service or posting. The list of recipients of the Notice of Default is listed within the Notice of Foreclosure provided to the Borrower(s) and Grantor(s). These requirements were completed as of **5/22/2017**.

VII.   The Trustee whose name and address are set forth below will provide in writing to anyone requesting it, a statement of all costs and fees due at any time prior to the sale.

VIII.  The effect of the sale will be to deprive the Grantor and all those who hold by, through or under the Grantor of all their interest in the above-described property.

IX.    Anyone having any objections to this sale on any grounds whatsoever will be afforded an opportunity to be heard as to those objections if they bring a lawsuit to restrain the sale pursuant to RCW 61.24.130. Failure to bring such a lawsuit may result in a waiver of any proper grounds for invalidating the Trustee's sale.

X.     NOTICE TO OCCUPANTS OR TENANTS – The purchaser at the Trustee's Sale is entitled to possession of the property on the 20th day following the sale, as against the Grantor under the deed of trust (the owner) and anyone having an interest junior to the deed of trust, including occupants who are not tenants. After the 20th day following the sale the purchaser has the right to evict occupants who are not tenants by summary proceedings under Chapter 59.12 RCW. For tenant-occupied property, the purchaser shall provide a tenant with written notice in accordance with RCW 61.24.060.

### THIS NOTICE IS THE FINAL STEP BEFORE THE FORECLOSURE SALE OF YOUR HOME.

You may be eligible for mediation. You have only 20 DAYS from the recording date of this notice to pursue mediation.

**DO NOT DELAY. CONTACT A HOUSING COUNSELOR OR AN ATTORNEY LICENSED IN WASHINGTON NOW** to assess your situation and refer you to mediation if you are eligible and it may help you save your home. See below for safe sources of help.

SEEKING ASSISTANCE

Housing counselors and legal assistance may be available at little or no cost to you. If you would like assistance in determining your rights and opportunities to keep your house, you may contact the following:

The statewide foreclosure hotline for assistance and referral to housing counselors recommended by the Housing Finance Commission: Toll-free: **1-877-894-HOME (1-877-894-4663)** or Web site: http://www.dfi.wa.gov/consumers/homeownership/post_purchase_counselors_foreclosure.htm

The United States Department of Housing and Urban Development: Toll-free: **1-800-569-4287** or National Web Site: http://portal.hud.gov/hudportal/HUD or for Local counseling agencies in Washington: http://www.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=WA&filterSvc=dfc

The statewide civil legal aid hotline for assistance and referrals to other housing counselors and attorneys: Telephone: **1-800-606-4819** or Web site: http://nwjustice.org/what-clear

**Additional information provided by the Trustee:** If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the noteholders rights against the real property only. The Trustee's Sale Number is WA-15-675789-SW.

**QUALITY MAY BE CONSIDERED A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

Dated: **6/8/23**

QUALITY LOAN SERVICE CORPORATION F/K/A
QUALITY LOAN SERVICE CORPORATION OF
WASHINGTON, as Trustee
By: Jeff Stenman, President

Trustee's Address:
QUALITY LOAN SERVICE CORPORATION F/K/A
QUALITY LOAN SERVICE CORPORATION OF WASHINGTON
108 1st Ave South, Suite 450, Seattle, WA 98104

For questions call toll-free: (866) 925-0241    Trustee Sale Number: WA-15-675789-SW

Sale Line: 800-280-2832 or Login to: http://www.qualityloan.com

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of: Washington )
County of: King )

On JUN 0 8 2023    before me,    **Aili Stenman**    a notary public, personally

appeared    **Jeff Stenman**    , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Washington that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.    (Seal)

Signature

AILI STENMAN
Notary Public
State of Washington
Commission # 20101179
My Comm. Expires Dec 13, 2023

EXHIBIT 11

 Party Search Results

**Search Criteria:** Party Search; Jurisdiction Type: [Bankruptcy]; SSN: [▓▓▓▓▓▓▓▓▓▓]
**Result Count:** 3 (1 page)
**Current Page:** 1

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Lysyy, Tatyana (db) | 2:2019bk13736 | Tatyana Lysyy | Washington Western Bankruptcy Court | 10/11/2019 | 02/18/2020 |
| Lysyy, Tatyana (db) | 2:2021bk11333 | Tatyana Lysyy | Washington Western Bankruptcy Court | 07/08/2021 | 02/07/2022 |
| Lysyy, Tatyana (db) | 3:2023bk41811 | Tatyana Lysyy | Washington Western Bankruptcy Court | 10/19/2023 | |

| **PACER Service Center** | | 12/20/2023 16:40:13 |
|---|---|---|
| **User** | QWAAcct1 | |
| **Client Code** | | |
| **Description** | All Court Types Party Search All Courts; SSN 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; All Courts; Jurisdiction BK; Page: 1 | |
| **Billable Pages** | 1 ($0.10) | |

PACER FAQ                    Privacy & Security                    Contact Us

**PACER Service Cente**

This site is maintained by the Administrative Office of
the U.S. Courts on behalf of the Federal Judiciary.

(800) 676-6856
pacer@psc.uscourts.gov