Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TATYANA LYSYY, VASILIY LYSYY, et al., <br><br> Plaintiff(s) <br><br> v. <br><br> DEUTSCHE BANK NATIONAL TRUST COMPANY and DEUTSCHE BANK NATIONALTRUST COMPANY, as Trustee etc., et al., <br><br> Defendant(s). | CASE NO.: **2:24-cv-00062-JLR** <br><br> Revised: <br><br> REQUEST FOR COUNSEL FOR THE CONTEMPT HEARING |

1. Plaintiffs Tatyana Lysyy and Vasiliy Lysyy desire an attorney to represent them at the contempt hearing. Plaintiffs respectfully asking the Court for the counsel for the contempt hearing scheduled for May 22, 2025, at 9:00a.m.

Plaintiffs Tatyana Lysyy and Vasily Lysyy were looking forward for Settlement Conference scheduled for May 7, 2025, at 9:30a.m. to get resolution for plaintiffs' complaints and hardships caused by discriminatory Defendants' practices.

Prior this Plaintiffs' Complaint plaintiffs made many requests for loss mitigation. There were Washington State Foreclosure Fairness Act Mediations which requires Beneficiary to offer Loss Mitigation Assistance to homeowners, Relief and Assistance to save plaintiffs' home.
But the recipient of TARP bailout funds - Defendants refused to Mediate in good faith and didn't help in plaintiffs' hardships.

Plaintiffs very regretful that illness prevented them personally appear for Conference on May 7, 2025.
Especially regretful because according to the ORDER Defendants Safeguard Properties Management LLC and Residential RealEstate Review., Inc did appear in the Court for settlement conference. Both these Defendants were the agents/instruments who conducted constructive eviction and ejectment in October 2019. and plaintiffs needed answers that plaintiffs never were able to get from the Defendants, as the Defendants still presently exercising possession of plaintiffs' home.

Defendants re-took possession of the plaintiffs' home and has gotten the City of Auburn to enforce the no trespassing order on the plaintiffs' property.

    Plaintiff, Vasili Lysyy took day of work on May 7, 2025, to attend the settlement conference.

    Plaintiff Tatyana Lyssy was very ill but was planning to attend the conference.

    On May 6, plaintiffs contacted the counsel and informed of Tatyana illness and asked for possibility of accommodation as to participate remotely in the settlement conference.

    On May 7, 2025, plaintiffs called the Court at 9:30a.m. and informed that Tatyana very, very ill. Trough interpreter plaintiff explained in detail to Defendants' counsel Midori Sagara of current plaintiff's illness and disabilities that prevented Tatyana from commute.

    Plaintiff Tatyana Lysyy repeatedly, many times through interpreter asked counsels for reasonable accommodation for Tatyana's extreme hardship and illness that morning and her desire to participate in the Conference  remotely

Plaintiff Tatyana Lyssy repeatedly, many times asked Ms. Sagara through the interpreter to ask Honorable Judge Michelle L. Peterson for reasonable accommodation and permission to allow plaintiffs to participate in the settlement conference remotely.

Plaintiffs regret that accommodation was not allowed nor granted to plaintiffs and resolution for plaintiffs' hardships and suffering caused by Defendants' discriminatory practices again become more distant.

Respectfully submitted

DATED: May 14, 2025

/s/ Vasily Lysyy
    VASILY LYSYY,
    4109 68th Avenue E
    Fife, Washington 98424

/s/ Tatyana Lysyy
    TATYANA LYSYY,
    4109 68th Avenue E
    Fife, Washington 98424