UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TATYANA LYSYY, et al., | CASE NO. C24-0062JLR |
| Plaintiffs, | ORDER |
| v. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, et al., | |
| Defendants. | |

On June 17, 2025, the court ordered Plaintiffs to show cause, by no later than noon on June 20, 2025, why the court should not dismiss this matter as a sanction for failing to timely file their trial brief and proposed findings of fact and conclusions of law as required under the parties' agreed pretrial order. (6/17/25 OSC (Dkt. # 140); Pretrial Order (Dkt. # 132).) Plaintiffs' attorney filed a timely response to the order to show cause in which he raises multiple issues that he asserts preclude proceeding to trial on June 23, 2025, including a third party's alleged impersonation of Plaintiff Vasiliy Lysyy

ORDER - 1

and concerns about his own mental health and ethical obligations following this development. (OSC Resp. (Dkt. # 142).)

In light of the issues raised in Plaintiffs' response, the court ORDERS as follows:

(1) The bench trial currently scheduled for June 23-25, 2025, is STRICKEN;

(2) The court RESERVES RULING on its June 17, 2025 order to show cause why this matter should not be dismissed for failure to comply with the pretrial order; and

(3) In lieu of the bench trial, the court will hold a status conference on **June 23, 2025, at 9:00 a.m.** In-person attendance by both Plaintiffs, their attorney Richard L. Pope, Jr., and counsel for Defendants is <u>mandatory</u>. As this is a civil case, it is the responsibility of Plaintiffs to arrange for a court-certified interpreter at their own expense.

Dated this 20th day of June, 2025.

JAMES L. ROBART
United States District Judge

ORDER - 2