|   |   |
|---|---|
| TATYANA LYSYY, et al., | CASE NO. C24-0062JLR |
| Plaintiffs, | ORDER |
| v. |   |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, et al., |   |
| Defendants. |   |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

On June 23, 2025, the court ordered the parties to appear at a hearing on **Tuesday, June 24, 2025, at 9:00 a.m.**, to proffer evidence regarding Plaintiffs' quiet title claims. To be specific:

- Both parties shall be prepared to address the question of whether judgment should be entered in Plaintiffs' favor on their quiet title claim based on Defendants' admission in their briefing that none of the Defendants assert a right, title, or interest in the Property at issue in this case.

ORDER - 1

- Plaintiffs shall present the evidence they intend to introduce at trial that supports their contention that the installment payments on the loan at issue in this case have been accelerated. Plaintiffs' presentation shall include evidence that: (1) the acceleration of the installment loan was made "in a clear and unequivocal manner which effectively apprises the maker that the holder has exercised [its] right to accelerate the payment date[,]" *4518 S. 256th, LLC v. Karen L. Gibbon, P.S.*, 382 P.3d 1, 6 (Wash. Ct. App. 2016), and (2) the date on which the loan was accelerated.

- Defendants shall present the evidence they intend to introduce at trial that supports their contentions that: (1) the installment payments on the loan at issue in this case were not accelerated; and (2) even if the payments were accelerated, the statute of limitations for their foreclosure action has been tolled. Defendants' presentation regarding the tolling of the statute of limitations shall include (a) a summary of the events that Defendants contend tolled the statute of limitations, (b) the number of days that each event allegedly tolled the statute of limitations, and (c) the total number of days during which the statute of limitations was allegedly tolled.

Dated this 23rd day of June, 2025.

JAMES L. ROBART
United States District Judge

ORDER - 2