UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TATYANA LYSYY, et al., | CASE NO. C24-0062JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On September 4, 2025, the court heard oral argument on the parties' cross-motions for judgment as a matter of law on Plaintiffs' claim for quiet title.  (*See* 9/4/25 Min. Entry (Dkt. # 159).)  During that hearing, counsel for the parties agreed that they will be prepared for a 2.5-day bench trial on Plaintiffs' claim for violation of the automatic bankruptcy stay in December 2025.

MINUTE ORDER - 1

Accordingly, the court sets the following schedule:

| **BENCH TRIAL DATE** | **December 9, 2025** |
|---|---|
| Length of Trial | 2.5 days |
| Trial briefs and proposed findings of fact and conclusions of law due by:<br><br>Motions raised in trial briefs will not be considered. | November 21, 2025 |
| Amended proposed findings of fact and conclusions of law containing citations to the admitted exhibits and trial transcript | 10 days after trial transcripts are filed. |

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

Should this case settle, counsel shall notify Ashleigh Drecktrah at Ashleigh_Drecktrah@wawd.uscourts.gov as soon as possible. An attorney who fails to give Ms. Drecktrah prompt notice of settlement may be subject to such discipline as the court deems appropriate.

Filed and entered this 5th day of September, 2025.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2