UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TATYANA LYSYY, et al., | CASE NO. C24-0062JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On September 5, 2025, the court set the bench trial on Plaintiffs' claim for violation of the automatic bankruptcy stay to begin on December 9, 2025, and entered a pretrial schedule. (9/5/25 Min. Order (Dkt. # 160).) The court AMENDS the pretrial schedule and ORDERS the parties to file a joint amended proposed pretrial order

MINUTE ORDER - 1

regarding Plaintiffs' claim for violation of the automatic bankruptcy stay by no later than **November 12, 2025**.

Accordingly, the court sets the following amended pretrial schedule:

| **BENCH TRIAL DATE** | **December 9, 2025** |
|---|---|
| Length of Trial | 2.5 days |
| Amended pretrial order | November 12, 2025 |
| Trial briefs and proposed findings of fact and conclusions of law due by:<br><br> Motions raised in trial briefs will not be considered. | November 21, 2025 |
| Amended proposed findings of fact and conclusions of law containing citations to the admitted exhibits and trial transcript | 10 days after trial transcripts are filed. |

Filed and entered this 28th day of October, 2025.

         RAVI SUBRAMANIAN
         Clerk of Court

          s/ Ashleigh Drecktrah
         Deputy Clerk

MINUTE ORDER - 2