THE HONORABLE JAMES L. ROBART

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| TATYANA LYSYY, et al., | Case No. C24-62-JLR |
| Plaintiffs, | **PRO BONO COUNSEL'S MOTION FOR LEAVE TO WITHDRAW** |
| vs. | |
| DEUTSCHE BANK NATIONAL TRUST CO, ET AL., | **NOTE ON MOTION CALENDAR: MAY 21, 2026** |
| Defendants. | |

COMES NOW, pro bono counsel, TIMOTHY J. FEULNER, and moves for leave to withdraw from representation pursuant to Local Civil Rule 83.2.

On May 20, 2025, the Court appointed the undersigned pro bono counsel for the limited purpose of representing Plaintiffs in contempt proceedings. Counsel has appeared for that limited purpose. Plaintiffs are otherwise represented by attorney Richard Pope on the merits of their claims. On April 14, 2026, the Court issued findings of fact and conclusions of law after a bench trial. In doing so, the Court indicated that it did not intend to conduct further proceedings related to contempt. Dkt. #182, at 49.

At this point, pro bono counsel believes that he has fulfilled the purpose for which the Court appointed him. As such, his involvement in future proceedings before this Court are no longer necessary. Given that, counsel requests that the Court grant him leave to withdraw.

PRO BONO COUNSEL'S
MOTION FOR LEAVE TO
WITHDRAW
No. C24-62-JLR

1

TIMOTHY J. FEULNER
P.O. BOX 14723
TUMWATER, WASHINGTON
(360) 615-2490

Consistent with LCR 83.2, the undersigned counsel certifies that this motion has been served on opposing counsel, Plaintiffs' other counsel Richard Pope, and Plaintiffs.[1]  Because Plaintiffs remain represented by Mr. Pope, pro bono counsel is not providing contact information for Plaintiffs in this motion itself.

In conclusion, the undersigned counsel respectfully requests that the Court allow Plaintiffs' pro bono counsel to withdraw.

### V.   CERTIFICATION

I certify that this memorandum contains 268 words, in compliance with the Local Civil Rules.

RESPECTFULLY SUBMITTED this 29th day of April, 2026.

/s  Timothy J. Feulner
Timothy J. Feulner, WSBA #45396
PO BOX 14723
TUMWATER, WA 98511-4723
(360) 615-2490
tim.feulner@gmail.com

---

[1] Because Plaintiffs will remain represented by Mr. Pope, LCR 83.2(b)(3) might apply and permit withdrawal via a notice of withdrawal. Given the unusual circumstances in which pro bono counsel has represented Plaintiffs for a limited purpose and Mr. Pope has represented them on all other matters, pro bono counsel seeks leave of the Court to withdraw.

PRO BONO COUNSEL'S
MOTION FOR LEAVE TO
WITHDRAW
No. C24-62-JLR

2

TIMOTHY J. FEULNER
P.O. BOX 14723
TUMWATER, WASHINGTON
(360) 615-2490

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, I caused to be electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

- Richard Lamar Pope, Jr, Attorney for Plaintiffs             rp98007@gmail.com

- Midori R Sagara,                                          msagara@buchalter.com,

     Attorney for Defendants Deutsche Bank National Trust Co, et al.,

- Robert W. McDonald,                                      rmcdonald@qualityloan.com

     Attorney for Defendant Quality Loan Service Corporation

I certify that on the date below, I served a copy of the foregoing document on Plaintiffs Tatyana and Vasiliy Lyssy at the following email address: lp2005@live.com

 AND a copy of this document was also mailed to them at the following address:

4109 68th Ave E
Fife, Washington 98424-3815

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED   this 29th day of April, 2026, at Tumwater, Washington

s/  Timothy J. Feulner
TIMOTHY J. FEULNER, WSBA #45396
Attorney for Plaintiffs
P.O. BOX 14723
TUMWATER, WASHINGTON
(360) 615-2490
tim.feulner@gmail.com

PRO BONO COUNSEL'S
MOTION FOR LEAVE TO
WITHDRAW
No. C24-62-JLR

3

TIMOTHY J. FEULNER
P.O. BOX 14723
TUMWATER, WASHINGTON
(360) 615-2490