THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| TATYANA LYSYY, et al.,<br><br>                 Plaintiffs,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST CO, ET AL.,<br><br>                 Defendants. | Case No. C24-62-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING LEAVE FOR PRO BONO COUNSEL TO WITHDRAW |

THIS MATTER came before the Court on Pro Bono Counsel's Motion for Leave to Withdraw from Representation of Plaintiffs filed on April 29, 2026.  Having reviewed the motion and being fully advised does hereby find and **ORDER**:

1. Pro Bono Counsel's Motion for Leave to Withdraw is **GRANTED**;

2. Plaintiffs' pro bono counsel is permitted to withdraw from his representation of Plaintiffs;

/ / /

/ / /

/ / /

/ / /

[~~PROPOSED~~] ORDER
~~GRANTING LEAVE FOR PRO~~
~~BONO COUNSEL TO~~
~~WITHDRAW~~
No. C24-62-JLR

1

TIMOTHY J. FEULNER
P.O. BOX 14723
TUMWATER, WASHINGTON
(360) 615-2490

3.    Plaintiffs remain represented by Richard Pope and future filings can be served on Mr. Pope.

DATED this 21st day of May, 2026.

_____
JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

s/  Timothy J. Feulner
_____
TIMOTHY J. FEULNER, WSBA #45396
Attorney for Plaintiffs
P.O. BOX 14723
TUMWATER, WASHINGTON
(360) 615-2490
Tim.feulner@gmail.com

[PROPOSED] ORDER
GRANTING LEAVE FOR PRO
BONO COUNSEL TO
WITHDRAW
No. C24-62-JLR

2

TIMOTHY J. FEULNER
P.O. BOX 14723
TUMWATER, WASHINGTON
(360) 615-2490