UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TATYANA LYSYY, et al., | CASE NO. C24-0062JLR |
| Plaintiffs, | ORDER |
| v. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, et al., | |
| Defendants. | |

Before the court is Plaintiffs Tatyana Lysyy and Vasiliy Lysyy's (together, "Plaintiffs") surreply filed in response to Defendants' reply in support of their motion for an award of attorneys' fees and costs. (*See* Defs. Mot. (Dkt. # 185); Defs. Reply (Dkt. # 196); Surreply (Dkt. # 200).) Plaintiffs ask the court to strike Defendants' reply because it exceeds the 2,100-word limit for a reply brief in support of a non-dispositive motion. (*See* Surreply at 2 (asserting that Defendants' reply contains 2,954 words)); Local Rules W.D. Wash. LCR 7(e)(3) (setting a 2,100-word limit on replies for motions

ORDER - 1

not otherwise listed in Local Civil Rule 7(e)).  Furthermore, Defendants did not comply with Local Civil Rule 7(e)(6)'s requirement that the signature block on briefs filed with the court "shall include the certification of the signer as to the number of words[.]"  Local Rules W.D. Wash. LCR 7(e)(6); (*see* Defs. Reply at 11 (omitting the required certification)).

Accordingly, the court STRIKES Defendants' reply in support of their motion for an award of attorneys' fees and costs (Dkt. # 196) and ORDERS Defendants to file, by no later than **June 2, 2026**, a reply that complies with this court's Local Civil Rules.  The Clerk is DIRECTED to renote Defendants' motion for an award of attorneys' fees and costs (Dkt. # 185) for **June 2, 2026**.

Dated this __28th__ day of May, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2